# EXHIBIT 1

| | |
|---|---|
| **From:** | Mooppan, Hashim (OSG) |
| **To:** | AlanSchoenfeld |
| **Cc:** | Sofer, Gregg (OAG); Grieco, Christopher (ODAG); Wall, Jeffrey B. (OSG); Michel, Christopher (OSG) |
| **Subject:** | Courtesy notice |
| **Date:** | Thursday, July 16, 2020 2:03:40 AM |
| **Attachments:** | Purkey Notice 7_16_2020_2.pdf |
| | Purkey Letter_5.pdf |

**EXTERNAL SENDER**

Alan,

 Per our prior discussion, this is to notify you, as a courtesy, that the govt has notified Mr. Purkey, pursuant to the applicable regulatory provisions, of the re-designation of his execution for today, July 16, 2020.  The designated time is 4:30 am.

 Also, one of your colleagues called to inform me that a 2241 petn has been filed in SD Ind., along with an accompanying stay application.  Your colleague asked whether the govt would delay the execution to allow the judge in SD Ind. to consider the stay application.  In light of the Supreme Court's orders today and on Tuesday morning, the government will not delay the execution further. Absent a court order barring the execution, the govt intends to proceed.

Best,

Hashim Mooppan
Counselor to the Solicitor General