CO-386
10/2018

# United States District Court
# For the District of Columbia

Federal Capital Habeas Project, et al.

Plaintiff

vs

William P. Barr, in his officially capacity as U.S. Attorney General of the United States, et al.

Defendant

Civil Action No. 20-cv-03742

### CERTIFICATE RULE LCvR 26.1

I, the undersigned, counsel of record for __Federal Capital Habeas Project__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __Federal Capital Habeas Project__ which have any outstanding securities in the hands of the public:

None. Federal Capital Habeas Project does not have any parent companies, subsidiaries, or affiliates of any such outstanding securities.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

/s/ Elizabeth Prelogar
_____
Signature

DC Bar No. 1011890
BAR IDENTIFICATION NO.

Elizabeth Prelogar
Print Name

1299 Pennsylvania Ave., NW, Suite 700
Address

Washington, DC  20004-2400
City          State          Zip Code

(202) 842-7800
Phone Number