IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERAL CAPITAL HABEAS PROJECT; KENNETH EUGENE BARRETT; DUSTIN JOHN HIGGS; NORRIS HOLDER; and REJON TAYLOR;<br><br>Plaintiffs,<br><br>v.<br><br>WILLIAM P. BARR, in his official capacity as Attorney General of the United States; MICHAEL CARVAJAL, in his official capacity as the Director of the Federal Bureau of Prisons<br><br>Defendants. | Case No. 20-cv-03742 |

**PLAINTIFFS' MOTION FOR SECTION 705 RELIEF
AND PRELIMINARY INJUNCTION**

Pursuant to Federal Rule of Civil Procedure 65 and Local Civil Rule 65.1, Plaintiffs Federal Capital Habeas Project, Kenneth Eugene Barrett, Dustin John Higgs, Norris Holder, and Rejon Taylor (together, "Plaintiffs"), respectfully move this Court to issue a preliminary injunction enjoining Defendants William P. Barr, in his official capacity as Attorney General of the United States, and Michael Carvajal, in his official capacity as the Director of the Federal Bureau of Prisons (together, "Defendants") from implementing 85 Fed. Reg. 75,846 (Nov. 27, 2020) (the "Final Rule") and issuing a stay under 5 U.S.C. § 705, postponing the effective date of the Final Rule.

In support of this motion, Plaintiffs rely upon the attached memorandum of points and authorities, the accompanying declaration, and the filings in this case. A proposed order is attached.

Pursuant to Local Civil Rule 7.1(m), Elizabeth Wright, counsel for Plaintiffs, called the U.S. Attorney's Office for the District of Columbia, Civil Division, on December 18, 2020, to give notice of the imminent filing of this Motion.  The action not yet having been filed and there being no government attorney assigned to it, Ms. Wright left a message with her contact information, and provided notice of intent to file the above-captioned action and this motion.

### REQUEST FOR ORAL ARGUMENT

Pursuant to Local Civil Rule 65.1(d), Plaintiffs respectfully request the opportunity to present oral argument on this Motion.  In light of the time sensitivity of the relief sought by this Motion, Plaintiffs respectfully request that a hearing be set at the earliest practicable date.

Dated:  December 18 2020

By: */s/ Elizabeth Prelogar*
Elizabeth Prelogar (DC Bar No. 1011890)
Elias S. Kim (*pro hac vice* motion forthcoming)
COOLEY LLP
1299 Pennsylvania Ave., NW, Suite 700
Washington, DC  20004-2400
Telephone: (202) 842-7800
Facsimile: (202) 842-7899
eprelogar@cooley.com
ekim@cooley.com

Elizabeth Wright (*pro hac vice* motion forthcoming)
Jennifer Elkin (*pro hac vice* motion forthcoming)
COOLEY LLP
550 Boylston street
Boston, MA  02116-3736
Telephone: (617) 937-2300
Facsimile: (617) 937-2400
ewright@cooley.com
jelkin@cooley.com

Colin Scott (*pro hac vice* motion forthcoming)
COOLEY LLP
101 California Street, 5th Floor
San Francisco, CA 94111-5800
Telephone: (415) 693-2000
Facsimile: (415) 693-2222
cscott@cooley.com

*Counsel for Plaintiff Federal Capital Habeas Project*

David Autry (*pro hac vice* motion forthcoming)
1021 N.W. 16th Street
Oklahoma City, OK 73106
Telephone: (405) 521-9600
Facsimile: (405) 521-9669
dbautry77@gmail.com

*Counsel for Plaintiff Kenneth Eugene Barrett*

Matthew Lawry (*pro hac vice* motion forthcoming)
FEDERAL COMMUNITY DEFENDER OFFICE, E.D. PENNSYLVANIA
601 Walnut St Ste 545 W
Philadelphia, PA 19106
Telephone: (215) 928-0520
Matthew_Lawry@fd.org

*Counsel for Plaintiff Dustin John Higgs*

Scott W. Braden (DC Bar No. 2007123)
FEDERAL PUBLIC DEFENDER, E.D. ARKANSAS
1401 West Capitol Street
Little Rock, AR 72201
Tel: (501) 324-6114
scott_braden@fd.com

*Counsel for Plaintiff Norris Holder*

-4-

Alexis Hoag (*pro hac vice* motion forthcoming)
ERIC HOLDER INITIATIVE FOR CIVIL & POLITICAL RIGHTS
Columbia University
1130 Amsterdam Ave
202 Hamilton Hall
New York, NY 10027
Tel: (203) 645-4918
ajh2233@columbia.edu

*Counsel for Plaintiff Rejon Taylor*

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 18, 2020, I caused a copy of this Motion, the supporting Memorandum of Points and Authorities, the accompanying declaration and proposed Order to be filed electronically with the Clerk of Court through ECF and that I caused a copy of the foregoing documents and notice of filing to be mailed by first class mail, postage paid, to the following non-ECF participants:

> WILLIAM P. BARR,
> U.S Department of Justice
> 950 Pennsylvania Avenue, NW
> Washington, D.C. 20530;
>
> MICHAEL CARVAJAL,
> U.S. Department of Justice
> 320 First Street, NW
> Washington, D.C. 20534

Dated: December 18, 2020

By: */s/ Elizabeth Prelogar*
Elizabeth Prelogar (DC Bar No. 1011890)
COOLEY LLP
1299 Pennsylvania Ave., NW, Suite 700
Washington, DC  20004-2400
Telephone: (202) 842-7800
Facsimile: (202) 842-7899
eprelogar@cooley.com