## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERAL CAPITAL HABEAS PROJECT; KENNETH EUGENE BARRETT; DUSTIN JOHN HIGGS; NORRIS HOLDER; and REJON TAYLOR; | |
| Plaintiffs, | Case No. 20-cv-03742 |
| v. | |
| WILLIAM P. BARR, in his official capacity as Attorney General of the United States; MICHAEL CARVAJAL, in his official capacity as the Director of the Federal Bureau of Prisons | |
| Defendants. | |

### [PROPOSED] ORDER

Upon consideration of Plaintiffs' Motion for Section 705 Relief and Preliminary Injunction, Defendants' Response thereto, and the entire record, it is hereby

**ORDERED** that Plaintiffs' Motion for Section 705 Relief and Preliminary Injunction is **GRANTED**.  It is further

**ORDERED** that a stay under 5 U.S.C. § 705 is entered postponing the effective date of the Final Rule, 85 Fed. Reg. 75,846 (Nov. 27, 2020) (the "Final Rule").

**ORDERED** that a preliminary injunction is entered preventing the Department of Justice ("DOJ") and the Federal Bureau of Prisons ("BOP") from implementing the Final Rule.

Dated: _____

_____
United States District Judge