UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERAL CAPITAL HABEAS PROJECT, *et al.*,<br><br>        *Plaintiffs*,<br><br>    v.<br><br>WILLIAM P. BARR,<br>Attorney General of the United States, *et al.*,<br><br>        *Defendants*. | Civil Action No. 20-3742 (RC) |

## **NOTICE OF APPEARANCE**

      The Clerk of Court will please enter the appearance of Assistant United States Attorney Johnny Walker as counsel for all Defendants.

Dated: December 22, 2020                  Respectfully submitted,

                                                   /s/ Johnny Walker
                                            JOHNNY H. WALKER, D.C. Bar # 991325
                                            Assistant United States Attorney
                                            555 4th Street, N.W.
                                            Washington, District of Columbia 20530
                                            Telephone: 202-252-2575
                                            Cell: 202-815-8708
                                            Email: johnny.walker@usdoj.gov

                                            *Counsel for Defendants*