# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERAL CAPITAL HABEAS PROJECT, et al.;<br><br>      Plaintiffs,<br><br>   v.<br><br>WILLIAM P. BARR, in his official capacity as Attorney General of the United States, et al.<br><br>      Defendants. | Case No. 1:20-cv-03742-RC |

## MOTION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Pursuant to Local Civil Rule 83.2(d), Plaintiff Federal Capital Habeas Project, hereby moves for the *pro hac* admission of attorney Elias S. Kim in the above-entitled action. This motion is supported by the Declaration of Elias S. Kim, filed herewith. As set for in Mr. Kim's declaration, he is admitted and is an active member in good standing with the District of Columbia Bar. This motion is supported and signed by Elizabeth Prelogar, an active and sponsoring member of the Bar of this Court. Pursuant to Local Civil Rule 7(m), Counsel for Plaintiffs has conferred with counsel for Defendants, and Defendants do not oppose this Motion for Admission of Attorney *Pro Hac Vice*.

Dated: December 23, 2020                    Respectfully submitted,

                                          By: */s/ Elizabeth Prelogar*
                                              Elizabeth Prelogar (DC Bar No. 1011890)
                                              COOLEY LLP
                                              1299 Pennsylvania Ave., NW, Suite 700
                                              Washington, DC  20004-2400
                                              Telephone: (202) 842-7800
                                              Facsimile: (202) 842-7899
                                              eprelogar@cooley.com

                                              *Counsel for Plaintiff Federal Capital Habeas Project*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 23rd day of December, 2020, I electronically filed the foregoing **MOTION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***, **DECLARATION OF ELIAS S. KIM IN SUPPORT OF MOTION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** and **[PROPOSED] ORDER** via the Court's CM/ECF system, which will automatically generate a Notice of Electronic Filing (NEF) to all counsel of record.

> By: */s/ Elizabeth Prelogar*
> Elizabeth Prelogar (DC Bar No. 1011890)
> COOLEY LLP
> 1299 Pennsylvania Ave., NW, Suite 700
> Washington, DC  20004-2400
> Telephone: (202) 842-7800
> Facsimile: (202) 842-7899
> eprelogar@cooley.com

240668348 v1