IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERAL CAPITAL HABEAS PROJECT, et al.;<br><br>   Plaintiffs,<br><br>  v.<br><br>WILLIAM P. BARR, in his official capacity as Attorney General of the United States, et al.<br><br>   Defendants. | Case No. 1:20-cv-03742-RC |

**DECLARATION OF ELIAS S. KIM IN SUPPORT OF
MOTION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

I, Elias S. Kim, hereby declare:

1. My full name is Elias Stull Kim.

2. My current office address, telephone number and email address are as follows:

   COOLEY LLP
   1299 Pennsylvania Ave., NW, Suite 700
   Washington, DC  20004-2400
   Telephone: (202) 842-7800
   Facsimile: (202) 842-7899
   ekim@cooley.com

3. I have been admitted to the following courts and bars:

   | Title of Court | Date of Admission |
   |---|---|
   | District of Columbia Bar | 05/13/2020 |

4. I am a member of good standing of the District of Columbia Bar (DC Bar No. 1673678) since 2020.  I have never been disciplined by any bar or faced suspension or disbarment in any court.

5. I have not been admitted *pro hac vice* in this Court within the last two years.

6. I do engage in the practice of law from an office located in the District of Columbia. I am a member of the District of Columbia bar, but I am not admitted to practice before the United States District Court for the District of Columbia.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 23, 2020 in Washington, DC.

Respectfully submitted,

*Elias Kim*

Elias S. Kim
COOLEY LLP
1299 Pennsylvania Ave., NW, Suite 700
Washington, DC  20004-2400
Telephone: (202) 842-7800
Facsimile: (202) 842-7899
ekim@cooley.com