IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERAL CAPITAL HABEAS PROJECT, et al.;<br><br>      Plaintiffs,<br><br>      v.<br><br>WILLIAM P. BARR, in his official capacity as Attorney General of the United States, et al.<br><br>      Defendants. | Case No. 1:20-cv-03742-RC |

**DECLARATION OF ELIZABETH WRIGHT IN SUPPORT OF
MOTION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

I, Elizabeth Wright, hereby declare:

1. My full name is Elizabeth Maher Wright.

2. My current office address, telephone number and email address are as follows:

   COOLEY LLP
   550 Boylston street
   Boston, MA  02116-3736
   Telephone: (617) 937-2300
   Facsimile: (617) 937-2400
   ewright@cooley.com

3. I have been admitted to the following courts and bars:

   | Title of Court | Date of Admission |
   |---|---|
   | District of Massachusetts | 2017 |
   | Eastern District of Virginia | 2015 |

4. I am a member of good standing of the Massachusetts Bar (MA Bar No. 569387) since 2017, the District of Columbia Bar (DC Bar No. 996524) since 2010, and the Virginia Bar (VA Bar No. 78773) since 2009.  I have never been disciplined by any bar or faced suspension or disbarment in any court.

5. I have not been admitted *pro hac vice* in this Court within the last two years.

6. I do not engage in the practice of law from an office located in the District of Columbia. I am a member of the District of Columbia bar, but I am not admitted to practice before the United States District Court for the District of Columbia.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 23, 2020 in Boston, Massachusetts.

Elizabeth Wright
COOLEY LLP
550 Boylston street
Boston, MA 02116-3736
Telephone: (617) 937-2300
Facsimile: (617) 937-2400
ewright@cooley.com