IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERAL CAPITAL HABEAS PROJECT, et al.;<br><br>    Plaintiffs,<br><br>    v.<br><br>WILLIAM P. BARR, in his official capacity as Attorney General of the United States, et al.<br><br>    Defendants. | Case No. 1:20-cv-03742-RC |

### [PROPOSED] ORDER

Upon consideration of Plaintiff Federal Capital Habeas Project's Motion for Admission of Attorney Elizabeth Wright *pro hac vice*, it is hereby:

**ORDERED** that the Motion for Admission of Attorney Elizabeth Wright *pro hac vice* is **GRANTED**.

Dated: _____, 2020

SO ORDERED.

_____
United States District Court Judge