IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERAL CAPITAL HABEAS PROJECT, et al.; <br><br> Plaintiffs, <br><br> v. <br><br> WILLIAM P. BARR, in his official capacity as Attorney General of the United States, et al. <br><br> Defendants. | Case No. 1:20-cv-03742-RC |

**DECLARATION OF JENNIFER ELKIN IN SUPPORT OF
MOTION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

I, Jennifer Elkin, hereby declare:

1. My full name is Jennifer Elkin.

2. My current office address, telephone number and email address are as follows:

   COOLEY LLP
   550 Boylston street
   Boston, MA  02116-3736
   Telephone: (617) 937-2300
   Facsimile: (617) 937-2400
   jelkin@cooley.com

3. I have been admitted to the following courts and bars:

   | Title of Court | Date of Admission |
   |---|---|
   | U.S. District Court for the District of Massachusetts | 1/14/2020 |

4. I am a member of good standing of the Massachusetts Bar (MA Bar No. 703395) since 2018.  I have never been disciplined by any bar or faced suspension or disbarment in any court.

5. I have not been admitted *pro hac vice* in this Court within the last two years.

6. I do not engage in the practice of law from an office located in the District of Columbia. I am not a member of the District of Columbia bar, nor do I have an application for membership pending.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 22, 2020 in Boston, Massachusetts.

Respectfully submitted,

_____
Jennifer Elkin
COOLEY LLP
550 Boylston street
Boston, MA 02116-3736
Telephone: (617) 937-2300
Facsimile: (617) 937-2400
jelkin@cooley.com