# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERAL CAPITAL HABEAS PROJECT, et al.;<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>WILLIAM P. BARR, in his official capacity as Attorney General of the United States, et al.<br><br>　　　　Defendants. | Case No. 1:20-cv-03742-RC |

**DECLARATION OF COLIN SCOTT IN SUPPORT OF
MOTION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

I, Colin Scott, hereby declare:

1. My full name is Colin Sarver Scott.

2. My current office address, telephone number and email address are as follows:

   COOLEY LLP
   101 California Street, 5th Floor
   San Francisco, CA  94111-5800
   Telephone: (415) 693-2000
   Facsimile: (415) 693-2222
   cscott@cooley.com

3. I have been admitted to the following courts and bars:

   | Title of Court | Date of Admission |
   |---|---|
   | Northern District of California | May 3, 2019 |
   | Central District of California | October 5, 2020 |

4. I am a member of good standing of the California Bar (Bar No. 318555) since 2017.

I have never been disciplined by any bar or faced suspension or disbarment in any court.

5. I have not been admitted *pro hac vice* in this Court within the last two years.

6. I do not engage in the practice of law from an office located in the District of Columbia. I am not a member of the District of Columbia bar, nor do I have an application for membership pending.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 23, 2020 in Washington, DC.

Respectfully submitted,

_____
Colin Scott
COOLEY LLP
101 California Street, 5th Floor
San Francisco, CA 94111-5800
Telephone: (415) 693-2000
Facsimile: (415) 693-2222
cscott@cooley.com