# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERAL CAPITAL HABEAS PROJECT, et al.;<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>WILLIAM P. BARR, in his official capacity as Attorney General of the United States, et al.<br><br>　　　　Defendants. | Case No. 1:20-cv-03742-RC |

## [PROPOSED] ORDER

Upon consideration of Plaintiff Federal Capital Habeas Project's Motion for Admission of Attorney Colin Scott *pro hac vice*, it is hereby:

**ORDERED** that the Motion for Admission of Attorney Colin Scott *pro hac vice* is **GRANTED**.

Dated: _____, 2020

　　　　　　　　　　　　　　　　　　　　　　SO ORDERED.

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　United States District Court Judge