IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERAL CAPITAL HABEAS PROJECT, et al.;<br><br>    Plaintiffs,<br><br>  v.<br><br>WILLIAM P. BARR, in his official capacity as Attorney General of the United States, et al.<br><br>    Defendants. | Case No. 1:20-cv-03742-RC |

**MOTION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** 

Pursuant to Local Civil Rule 83.2(d), Plaintiff Kenneth Eugene Barrett hereby moves for the *pro hac* admission of attorney David Autry in the above-entitled action. This motion is supported by the Declaration of David Autry, filed herewith. As set forth in Mr. Autry's declaration, he is admitted to and is an active member in good standing with the State of Oklahoma Bar. This motion is supported and signed by Elizabeth Prelogar, an active and sponsoring member of the Bar of this Court. Pursuant to Local Civil Rule 7(m), Counsel for Plaintiffs has conferred with counsel for Defendants, and Defendants do not oppose this Motion for Admission of Attorney *Pro Hac Vice*.

Dated: December 23, 2020

Respectfully submitted,

By: */s/ Elizabeth Prelogar*
Elizabeth Prelogar (DC Bar No. 1011890)
COOLEY LLP
1299 Pennsylvania Ave., NW, Suite 700
Washington, DC 20004-2400
Telephone: (202) 842-7800
Facsimile: (202) 842-7899
eprelogar@cooley.com

*Counsel for Plaintiff Federal Capital Habeas Project*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 23rd day of December, 2020, I electronically filed the foregoing **MOTION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*, DECLARATION OF DAVID AUTRY IN SUPPORT OF MOTION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** and **[PROPOSED] ORDER** via the Court's CM/ECF system, which will automatically generate a Notice of Electronic Filing (NEF) to all counsel of record.

By: */s/ Elizabeth Prelogar*
Elizabeth Prelogar (DC Bar No. 1011890)
COOLEY LLP
1299 Pennsylvania Ave., NW, Suite 700
Washington, DC  20004-2400
Telephone: (202) 842-7800
Facsimile: (202) 842-7899
eprelogar@cooley.com

240640176 v1