IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FEDERAL CAPITAL HABEAS
PROJECT, et al.;

    Plaintiffs,

   v.

WILLIAM P. BARR, in his official
capacity as Attorney General of the United
States, et al.

    Defendants.

Case No. 1:20-cv-03742-RC

**DECLARATION OF DAVID AUTRY IN SUPPORT OF
MOTION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

I, David Autry, hereby declare:

1. My full name is David Burnham Autry.

2. My current office address, telephone number and email address are as follows:

   1021 N.W. 16th Street
   Oklahoma City, OK 73106
   Telephone: (405) 521-9600
   dbautry77@gmail.com

3. I have been admitted to the following courts and bars:

| Title of Court | Date of Admission |
|---|---|
| Oklahoma Supreme Court And all Oklahoma state courts | December 1985 |
| United States Court of Appeals (10th Circuit) | September 30, 1992 |
| United States District Court - Western District of Oklahoma | November 5, 1992 |
| United States District Court - Northern District of Texas | April 21, 1994 |
| United States District Court - Eastern District of Oklahoma | September 20, 1994 |

4.	I am a member of good standing of the Oklahoma Bar (OK Bar No. 11600) since 1985.  I have never been disciplined by any bar or faced suspension or disbarment in any court.  I was found in direct contempt of court during a first degree murder trial in Oklahoma state court.  The contempt citation was affirmed on appeal.  *Autry v. State*, 2007 OK CR 41, 172 P.3d 212.  I was ultimately ordered to pay a fine of $500.00.  No discipline by the Bar was imposed.

5.	I have not been admitted *pro hac vice* in this Court within the last two years.

6.	I do not engage in the practice of law from an office located in the District of Columbia.  I am not a member of the District of Columbia bar, nor do I have an application for membership pending.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on December 23, 2020 in Oklahoma City, Oklahoma.

                                        Respectfully submitted,

                                        _____
                                        David Autry
                                        1021 N.W. 16th Street
                                        Oklahoma City, OK 73106
                                        Telephone: (405) 521-9600
                                        Facsimile: (405) 521-9669
                                        dbautry77@gmail.com