# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERAL CAPITAL HABEAS PROJECT, et al.;<br><br>         Plaintiffs,<br><br>     v.<br><br>WILLIAM P. BARR, in his official capacity as Attorney General of the United States, et al.<br><br>         Defendants. | Case No. 1:20-cv-03742-RC |

## DECLARATION OF MATTHEW LAWRY IN SUPPORT OF MOTION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

I, Matthew Lawry, hereby declare:

1. My full name is Matthew Christopher Lawry.

2. My current office address, telephone number and email address are as follows:

    Federal Community Defender Office, E.D. Pennsylvania
    601 Walnut St Ste 545 W
    Philadelphia, PA 19106
    Telephone: (215) 928-0520
    Matthew_Lawry@fd.org

3. I have been admitted to the following courts and bars:

    | Title of Court | Date of Admission |
    |---|---|
    | Supreme Court of Ohio | 1984 (inactive) |
    | Supreme Court of Florida | 1992 (inactive) |
    | Supreme Court of Pennsylvania | 2000 |

4. I am a member of good standing of the Pennsylvania Bar (PA Bar No. 87221) since 2000. I have never been disciplined by any bar or faced suspension or disbarment in any court.

5. I have not been admitted *pro hac vice* in this Court within the last two years.

6.  I do not engage in the practice of law from an office located in the District of Columbia. I am not a member of the District of Columbia bar, nor do I have an application for membership pending.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 23, 2020 in Philadelphia, Pennsylvania.

Respectfully submitted,

/s/ Matthew Lawry

Matthew Lawry
Federal Community Defender Office,
E.D. Pennsylvania
601 Walnut St Ste 545 W
Philadelphia, PA 19106
Telephone: (215) 928-0520
Matthew_Lawry@fd.org