# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERAL CAPITAL HABEAS PROJECT, et al.;<br><br>    Plaintiffs,<br><br>    v.<br><br>WILLIAM P. BARR, in his official capacity as Attorney General of the United States, et al.<br><br>    Defendants. | Case No. 1:20-cv-03742-RC |

## MOTION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Pursuant to Local Civil Rule 83.2(d), Plaintiff Rejon Taylor hereby moves for the *pro hac vice* admission of attorney Alexis Hoag in the above-entitled action.  This motion is supported by the Declaration of Alexis Hoag, filed herewith.  As set forth in Ms. Hoag's declaration, she is admitted and is an active member in good standing with the State of New York Bar.  This motion is supported and signed by Elizabeth Prelogar, an active and sponsoring member of the Bar of this Court.  Pursuant to Local Civil Rule 7(m), Counsel for Plaintiffs has conferred with counsel for Defendants, and Defendants do not oppose this Motion for Admission of Attorney *Pro Hac Vice*.

Dated:  December 23, 2020                    Respectfully submitted,

                            By:  */s/ Elizabeth Prelogar*
                                Elizabeth Prelogar (DC Bar No. 1011890)
                                COOLEY LLP
                                1299 Pennsylvania Ave., NW, Suite 700
                                Washington, DC  20004-2400
                                Telephone: (202) 842-7800
                                Facsimile: (202) 842-7899
                                eprelogar@cooley.com

                                *Counsel for Plaintiff Federal Capital Habeas Project*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 23rd day of December, 2020, I electronically filed the foregoing **MOTION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*, DECLARATION OF ALEXIS HOAG IN SUPPORT OF MOTION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* and [PROPOSED] ORDER** via the Court's CM/ECF system, which will automatically generate a Notice of Electronic Filing (NEF) to all counsel of record.

By: */s/ Elizabeth Prelogar*
Elizabeth Prelogar (DC Bar No. 1011890)
COOLEY LLP
1299 Pennsylvania Ave., NW, Suite 700
Washington, DC  20004-2400
Telephone: (202) 842-7800
Facsimile: (202) 842-7899
eprelogar@cooley.com

240648832 v1