IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FEDERAL CAPITAL HABEAS
PROJECT, et al.;

    Plaintiffs,

v.

WILLIAM P. BARR, in his official
capacity as Attorney General of the
United States, et al.

    Defendants.

Case No. 1:20-cv-03742-RC

**DECLARATION OF ALEXIS HOAG IN SUPPORT OF
MOTION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

I, Alexis Hoag, hereby declare:

1. My full name is Alexis Johara Hoag.

2. My current office address, telephone number and email address are as follows:

   Columbia Law School
   Jerome Greene Hall
   435 W 116th Street, Rm 605
   New York, NY 10027
   Telephone: (203) 645-4918
   alexis.hoag@law.columbia.edu

3. I have been admitted to the following courts and bars:

| Title of Court | Date of Admission |
| --- | --- |
| New York | October 2009 |
| Tenneessee | May 2010 |
| U.S. Supreme Court | July 2016 |

4. I am a member of good standing of the New York Bar (NY Bar No. 4720314) since 2009. I have never been disciplined by any bar or faced suspension or disbarment in any court.

5. I have not been admitted *pro hac vice* in this Court within the last two years.

6. I do not engage in the practice of law from an office located in the District of Columbia. I am not a member of the District of Columbia bar, nor do I have an application for membership pending.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 23, 2020 in New York, New York.

Respectfully submitted,

*Alexis J. Hoag*

Alexis Hoag
Columbia Law School
Jerome Greene Hall
435 W 116th Street, Rm 605
New York, NY 10027
Telephone: (203) 645-4918
alexis.hoag@law.columbia.edu