# EXHIBIT 1



**U.S. Department of Justice**

Federal Bureau of Prisons

---

*Office of the Director*                    *Washington, DC 20534*

**May 11, 2001**


MEMORANDUM FOR HARLEY G. LAPPIN, WARDEN
                UNITED STATES PENITENTIARY, TERRE HAUTE

FROM:           Kathleen Hawk Sawyer
                Director

SUBJECT:        Setting of Execution Date

The purpose of this memorandum is to reschedule the date for the
execution of Timothy J. McVeigh, Reg. No. 12076-064.  The date
for the execution had been scheduled for May 16, 2001.  The
sentence of death for inmate McVeigh will now be carried out at
the United States Penitentiary in Terre Haute, Indiana, on
June 11, 2001, at 7:00 a.m. (Central Standard Time).  Please
provide inmate McVeigh notice of the new execution date.


cc:     The Honorable John Ashcroft
        Attorney General

        The Honorable Robert S. Mueller, III
        Acting Deputy Attorney General

        The Honorable Louie T. McKinney
        Acting Director, United States Marshals Service

        Kathryn M. Turman
        Director, Office for Victims of Crime

        Roger C. Adams
        Pardon Attorney

        John C. Keeney
        Acting Assistant Attorney General

cc:    Margaret P. Griffey
        Chief, Capital Case Unit

        Christopher Erlewine
        Assistant Director/General Counsel

        Michael B. Cooksey
        Assistant Director, Correctional Programs

        G.L. Hershberger
        Regional Director, North Central Region

        Margaret C. Hambrick
        Regional Director, Mid-Atlantic Region