# EXHIBIT 4

U.S. Department of Justice

Federal Bureau of Prisons

---

*Office of the Director*

Washington, DC 20534

November 14, 2002

MEMORANDUM FOR KEITH E. OLSON, WARDEN
                UNITED STATES PENITENTIARY, TERRE HAUTE

FROM:        Kathleen Hawk Sawyer
             Director

SUBJECT:     Setting of Execution Date

The purpose of this memorandum is to schedule the date for the execution of Louis Jones, Reg. No. 27265-077. The sentence of death for inmate Jones will be carried out at the United States Penitentiary in Terre Haute, Indiana, on March 18, 2003. Please provide inmate Jones notice of the execution date.


cc:     The Honorable John Ashcroft
        Attorney General

        The Honorable Larry D. Thompson
        Deputy Attorney General

        The Honorable Benigno G. Reyna
        Director, United States Marshals Service

        John W. Gillis
        Director, Office for Victims of Crime

        Roger C. Adams
        Pardon Attorney

        Michael Chertoff
        Assistant Attorney General

cc:  Margaret P. Griffey
     Chief, Capital Case Unit

     Christopher Erlewine
     Assistant Director/General Counsel

     Michael B. Cooksey
     Assistant Director, Correctional Programs

     G.L. Hershberger
     Regional Director, North Central Region