UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERAL CAPITAL HABEAS PROJECT; KENNETH BARRETT; DUSTIN HIGGS; NORRIS HOLDER; and REJON TAYLOR<br><br>Plaintiffs,<br><br>v.<br><br>JEFFREY A. ROSEN, in his official capacity as Acting Attorney General of the United States[1]; and MICHAEL CARVAJAL, in his official capacity as the Director of the Federal Bureau of Prisons<br><br>Defendants. | Case No. 1:20-cv-3742 (RC) |

### [PROPOSED] ORDER

Having considered the parties' arguments on Plaintiffs' motion for a preliminary injunction (ECF No. 3), and considering the full record herein, it is hereby ORDERED:

Plaintiffs' motion is DENIED.

SO ORDERED.

Dated: _____

                                                                                                               Hon. Rudolph Contreras
                                                                                                               U.S. District Court Judge

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), Jeffrey A. Rosen is substituted for his predecessor, William P. Barr.