# EXHIBIT 1

NEWBERN, June 15.

On Monday laſt, the priſoners Claude Pain, Philip Maunier, John Edwards, and Henry M'Daniel, found guilty of murder and piracy; were brought to court to receive judgment, when ſentence of death (to take place the 6th of July next) was pronounced ſeverally upon them by Judge Patterſon, in ſo-lemn and pathetic a manner, as to draw tears from almoſt the whole of the auditors as well as the unhappy criminals., which was the firſt time that a trace of remorſe has ever betrayed itſelf in any of them, ſince the commiſſion of the atrocious crimes they were found guilty of.

The knowledge, integrity, and diſpatch, diſplayed by Judge Patterſon in the courſe of the term, gave the moſt general ſatisfaction to the inhabitants, a great number of whom, accompanied him at his departure for New-York to the waterſide, in the afternoon of the ſame day, and ſeemed to part from him with the utmoſt regret.