# EXHIBIT 2

( 15 )

prize of an American veſſel, and to kill any perſon that reſiſted the attempt. But, the judge having conſidered that they entered voluntarily into the American ſervice, objected to their plea, and ordered them to priſon for trial. Peterſon, alias La Croix, has not the leaſt appearance of being a Frenchman, though he ſpeaks bad French, having been probably on board a French ſhip, and it is more likely that he is a Dane or a Swede. As for Boulanger, alias Baker, we have good authority to ſay, that he is a Canadian, that he was born at Les-troi-riviers, of a creditable family, and was a ſoldier in a regiment called the Royal Canadians, in the ſervice of his Britannic majeſty, from which he deſerted in the ſpring of 1799, and came into New-York ſtate, by the way of Lake Champlain; ſo that it is not probable that he was ever in the ſervice of France, or at ſea before this fatal voyage. And it is highly probable that Brous, alias La Roche, is alſo a Canadian.

Their trial came on in the circuit court of the United States, before judges Chaſe and Peters, on Monday, the 21ſt April; they having for council, Meſſrs. Dallas, Moylan and Duponceau; the only evidence againſt them was myſelf, and their hardened conduct; and judge Peters, who was called upon to give the ſubſtance of their examination

before him, previous to their commitment for trial, the jury, after retiring a short time, brought in a verdict of GUILTY.

*Sentences of Death was passed upon them on Friday, the 25th April, and they are ordered for Execution on the 9th May.*

"I thought it my duty, not only from repeated solicitations, but that I might be relieved from numerous verbal narrations, to send this to Mr. Folwell's press. I have no emolument in its publication; and so far from setting down " aught in malice," I forgive them, as they are my fellow-creatures; but they must abide by the lenient laws of my country; and hope their God, who is my God, will be merciful.

WILLIAM WHELAND.

Philadelphia, April 27, 1800.

