# EXHIBIT 3

A

# REPORT

OF THE TRIAL OF

## SAMUEL TULLEY AND JOHN DALTON,

ON AN INDICTMENT FOR

## PIRACY,

*Committed January 21st, 1812.*

Before the Circuit Court of the United States, at Boston,
28th October, 1812.

CONTAINING

The **EVIDENCE** at large, a Sketch of the **ARGUMENTS** of
Counsel, and the **CHARGE** of the
HON. JUDGE STORY,

ON PRONOUNCING SENTENCE OF DEATH.

(From minutes taken at the Trial.)

—

**BOSTON,**

PRINTED BY J. BELCHER.
1812.

WHEREUPON all and singular the premises being seen, and by the said Judges of the said Court here fully understood—it is considered by the Court here, that the said Samuel Tulley and John Dalton be, and they hereby are severally deemed, taken, and adjudged to be pirates and felons ;—and that they, the said Samuel Tulley and John Dalton, and each of them, be hanged by the neck until they, and each of them, be dead. And it is further ordered and considered by the Court here, that the Marshal of this District do, on peril of what may fall thereon, cause execution to be done in the premises aforesaid, upon them, the said Samuel Tulley and John Dalton, on the tenth day of December next ensuing, between the hours of ten o'clock in the forenoon, and three in the afternoon of the same day ; and that they, the said Samuel Tulley and John Dalton, be now taken from hence to the gaol in Boston, in the District of Massachusetts, from whence they came, there, or in some other safe and convenient prison within the District aforesaid, to be closely kept until the day of execution, and from thence, on the day appointed for execution as aforesaid, to be taken to the place of execution in Boston aforesaid, there to be hanged as aforesaid.

I recommend you to the mercy of ALMIGHTY GOD, before whom we shall all one day appear ; and I pray that he may succour and support you in the hour of trial, and I now bid you AN ETERNAL FAREWELL.