# EXHIBIT 4

"New Orleans, June 20, 1818-We are informed that the President of the United States has declined interposing his authority to suspend the sentence of William Wyatt, who was convicted at the January term of the District Court of the United States for this district of the murder of Capt. Cornelius Driscoll on the high seas. After the verdict of the jury was rendered, Wyatt's counsel moved an arrest of judgement on the ground that the indictment was defective, inasmuch as the prisoner was not declared in it to be a citizen of the United States; that the description of the vessel on board of which the offence was committed as a vessel of the United States was not sufficient, but that to give authority to the courts of the United States to punish offences committed out of their territorial limits, it was essential that the person offending should be one whom they had a right to bind. To this it was answered that although the right of a nation to punish was confined to offences against the nation, yet offences committed on board of an American vessel was necessarily punishable, whether in the person of a citizen or an alien. The motion in arrest of judgment was overruled. The grounds of the motion and the opinion of the court thereon, together with the whole evidence on the trial, were submitted to the President in order that he might be the better enabled to judge of the propriety of exercising his constitutional privilege to extend a pardon to the culprit. He has, however, not considered it as a case requiring such interference, and Wyatt is left for execution, agreeably to his sentence, on the 25th of the present month." DAILY NATIONAL INTELLIGENCER, Washington, DC, July 22, 1818 (2/4.)

"New Orleans, March 27, 1818-William Wyatt, who had been convicted in the district court of the United States for this district of the murder of Capt. Cornelius Driscoll, was yesterday sentenced to be hanged on the 26th of June next. The murder was committed at sea, on board the schooner FOX, of which Driscott was master, and Wyatt mate, on a voyage from this port to Vera Cruz. It appeared on the trial that a dispute arose between them in consequence of some misconduct on the part of Wyatt, for which the captain threatened to displace him from his station in the vessel. From that moment Wyatt formed a deliberate plan to revenge himself by murdering his captain, and carried it into execution witch circumstances of the utmost barbarous cruelty. Having failed in the attempt to poison him by mixing cantharides in his soup, he shot him twice through the head with a pistol as he lay asleep in his cabin and then dispatched him with a knife, and threw the body into the sea. After having thus glutted his thirst for blood, he endeavored to prevail on the crew to carry the vessel into a Spanish port and dispose of her cargo. Instead of complying, they put him in irons, and took the vessel to the port of destijation, whence Wyatt was brought to this place in the United States schooner FIREBRAND." DAILY NATIONAL INTELLIGENCER, Washington, DC, 5-5-1818 (2-5.)