# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERAL CAPITAL HABEAS PROJECT; KENNETH BARRETT; DUSTIN HIGGS; NORRIS HOLDER; and REJON TAYLOR<br><br>　　　　　　　Plaintiffs,<br>v.<br><br>JEFFREY A. ROSEN, in his official capacity as Acting Attorney General of the United States; and MICHAEL CARVAJAL, in his official capacity as the Director of the Federal Bureau of Prisons<br><br>　　　　　　　Defendants. | Case No. 1:20-cv-3742 (RC) |

## NOTICE

Defendants respectfully submit this notice to inform the Court that the government filed today the attached petition for a writ of certiorari before judgment with the United States Supreme Court, seeking summary reversal of the order of the United States District Court for the District of Maryland, which refused to designate an alternative state to govern the implementation of Mr. Higgs's sentence under 18 U.S.C. § 3596(a) in *United States v. Higgs*, No. 98-cr-520, ECF No. 658 (D. Md. Dec. 29, 2020). The government requests that the Supreme Court designate Indiana as providing the governing law, or in the alternative, that the Supreme Court construe the petition as one for a writ of mandamus and order the district court to designate Indiana for the same reasons.

Respectfully submitted,

| | |
|---|---|
| MICHAEL R. SHERWIN<br>Acting United States Attorney | JEFFREY BOSSERT CLARK<br>Acting Assistant Attorney General |
| BRIAN P. HUDAK<br>Acting Chief, Civil Division | JEAN LIN<br>Special Litigation Counsel |
| JOHNNY H. WALKER, D.C. Bar #988057<br>Assistant United States Attorney<br>555 4th Street, N.W.<br>Washington, District of Columbia 20530<br>Telephone: 202 252 2575<br>Email: johnny.walker@usdoj.gov | By: */s/ Bradley P. Humphreys*<br>BRADLEY P. HUMPHREYS, D.C. Bar #988057<br>CRISTEN C. HANDLEY, MO Bar #69114<br>JONATHAN KOSSAK, D.C. Bar #991478<br>Trial Attorneys<br>Federal Programs Branch<br>Civil Division, Department of Justice<br>1100 L Street, N.W.<br>Washington, District of Columbia 20005<br>Telephone: (202) 305-0878<br>jean.lin@usdoj.gov<br>bradley.humphreys@usdoj.gov<br>cristen.handley@usdoj.gov<br>jonathan.kossak@usdoj.gov<br><br>*Counsel for Defendants* |

Dated: January 11, 2021

**CERTIFICATE OF SERVICE**

      I hereby certify that on January 11, 2021, I caused a true and correct copy of foregoing to be served on all counsel of record via the Court's CM/ECF system.

                                                        _/s/ Bradley P. Humphreys_
                                                        *Counsel for Defendants*