IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERAL CAPITAL HABEAS PROJECT, et al.<br><br>Plaintiffs,<br><br>v.<br><br>JEFFREY A. ROSEN, in his official capacity as Acting Attorney General of the United States,[1] et al.<br><br>Defendants. | Case No. 20-cv-03742-RC<br><br><br>**STATUS UPDATE** |

Pursuant to the Court's instruction during the hearing on January 13, 2021, Plaintiffs provide an update regarding *United States v. Higgs*, Case Nos. 20-18 (4th Cir.) and 20-927 (U.S.); *United States v. Higgs*, Case. No. 21-1073 (7th Cir.); and *In re: FBOP Execution Protocol Cases*, Case No. 21-5004 (D.C. Cir.).

### *United States v. Higgs* (Case Nos. 20-18 (4th Cir.) and 20-927 (U.S.))

On January 13, 2021, after the status conference in this case, Mr. Higgs filed in the Supreme Court a brief in opposition to the Government's Petition for a writ of certiorari before judgment. As of 11:00 a.m. on January 14, 2021, the Supreme Court has not taken action on the Petition.

In the meantime, on January 13, the Fourth Circuit *sua sponte* entered a stay of Mr. Higgs' execution. Dkt. 38, Case No. 20-18 (4th Cir.).

### *United States v. Higgs* (Case No. 21-1073 (7th Cir.))

Also on January 13, 2021, Mr. Higgs appealed an order entered by the Southern District of

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), Jeffrey A. Rosen is substituted for his predecessor, William P. Barr.

1

Indiana denying his Motion for Stay of Execution. This morning, the Seventh Circuit ordered that the parties file any motions no later than 5:00 p.m. today.

### *In re: FBOP Execution Protocol Cases* (Case No. 21-5004 (D.C. Cir.))

On January 13, 2021, after the status conference in this case, Mr. Higgs and Mr. Cory Johnson—a federal death row inmate scheduled to be executed on January 14, 2021—filed in the D.C. Circuit a response in opposition to the Government's emergency motion to vacate the preliminary injunction entered by Judge Chutkan. Dkt. 1879951, Case No. 21-5004 (D.C. Cir.). Shortly thereafter, the government filed an emergency reply. Dkt. 1879977.

Later in the evening on January 13, 2021, the D.C. Circuit vacated the preliminary injunction entered by the district court and ordered that any petitions for rehearing or hearing en banc be filed by 9:00 a.m. on January 14, 2021. Dkt. 1879985. Before 9:00 a.m. this morning, counsel for Mr. Higgs filed a petition for rehearing en banc. Dkt. 1879997. Shortly thereafter, the D.C. Circuit ordered that the Government file a response by 11:30 a.m. today.

Dated: January 14, 2021

By: */s/ Elizabeth Prelogar*
Elizabeth Prelogar (DC Bar No. 1011890)
Elias S. Kim (*pro hac vice*)
COOLEY LLP
1299 Pennsylvania Ave., NW, Suite 700
Washington, DC  20004-2400
Telephone: (202) 842-7800
Facsimile: (202) 842-7899
eprelogar@cooley.com
ekim@cooley.com

Elizabeth Wright (*pro hac vice*)
Jennifer Elkin (*pro hac vice*)
COOLEY LLP
550 Boylston street
Boston, MA  02116-3736
Telephone: (617) 937-2300
Facsimile: (617) 937-2400

ewright@cooley.com
jelkin@cooley.com

Colin Scott (*pro hac vice*)
COOLEY LLP
101 California Street, 5th Floor
San Francisco, CA  94111-5800
Telephone: (415) 693-2000
Facsimile: (415) 693-2222
cscott@cooley.com

*Counsel for Plaintiff Federal Capital Habeas Project*

David Autry (*pro hac vice*)
1021 N.W. 16th Street
Oklahoma City, OK 73106
Telephone: (405) 521-9600
Facsimile: (405) 521-9669
dbautry77@gmail.com

*Counsel for Plaintiff Kenneth Eugene Barrett*

Matthew Lawry (*pro hac vice*)
FEDERAL COMMUNITY DEFENDER
OFFICE, E.D. PENNSYLVANIA
601 Walnut St Ste 545 W
Philadelphia, PA 19106
Telephone: (215) 928-0520
Matthew_Lawry@fd.org

*Counsel for Plaintiff Dustin John Higgs*

Scott W. Braden (DC Bar No. 2007123)
FEDERAL PUBLIC DEFENDER,
E.D. ARKANSAS
1401 West Capitol Street
Little Rock, AR 72201
Tel: (501) 324-6114
scott_braden@fd.com

*Counsel for Plaintiff Norris Holder*

Alexis Hoag (*pro hac vice*)
ERIC HOLDER INITIATIVE FOR CIVIL &
POLITICAL RIGHTS

3

Columbia University
1130 Amsterdam Ave
202 Hamilton Hall
New York, NY 10027
Tel: (203) 645-4918
ajh2233@columbia.edu

*Counsel for Plaintiff Rejon Taylor*