UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERAL CAPITAL HABEAS PROJECT; KENNETH BARRETT; DUSTIN HIGGS; NORRIS HOLDER; and REJON TAYLOR<br><br>Plaintiffs,<br><br>v.<br><br>JEFFREY A. ROSEN, in his official capacity as Acting Attorney General of the United States; and MICHAEL CARVAJAL, in his official capacity as the Director of the Federal Bureau of Prisons<br><br>Defendants. | Case No. 1:20-cv-3742 (RC) |

## STATUS REPORT

Pursuant to the Court's order during yesterday's status conference, Defendants respectfully submit the following updates relevant to Mr. Higgs's upcoming execution as well as the recent execution of Lisa Montgomery.

*Higgs*

As explained in Defendants' previous notice, ECF No. 18, on January 11, 2021, the Government filed a petition for writ of certiorari before judgment with the United States Supreme Court, seeking summary reversal of the order of the United States District Court for the District of Maryland, which refused to designate an alternative state to govern the implementation of Mr. Higgs's sentence under 18 U.S.C. § 3596(a).  Mr. Higgs filed an opposition to that petition yesterday.

At the time of the status conference yesterday, Mr. Higgs's execution was preliminarily enjoined pursuant to a January 12, 2021 order by Judge Tanya S. Chutkan.  *See* Mem. Op. & Order, ECF Nos. 394 & 395, *Execution Protocol Cases*, 19-mc-145-TSC (Jan. 12, 2021).  The Government appealed the preliminary injunction and moved to stay or to immediately vacate the injunction in the D.C. Circuit.  *See id.*, ECF Nos. 398 & 399.  At approximately 11:00 p.m.

yesterday, the D.C. Circuit granted the Government's motion and vacated the preliminary injunction. *See Execution Protocol Cases*, Dkt. 1879985, No. 21-5004 (Jan. 13, 2021). Mr. Higgs filed an emergency petition for rehearing en banc earlier this morning. *See id.*, Dkt. 1879997 (Jan. 14, 2021). The Government will file its opposition to Mr. Higgs's petition by 11:30 a.m. today, per the D.C. Circuit's instruction.

### *Montgomery*

The Court asked the Government to confirm whether, in carrying out the execution of Lisa Montgomery earlier this week, the Department varied from its regulations to comply with applicable state law pursuant to 28 C.F.R. § 26.1(b). The answer is no. Ms. Montgomery was sentenced to death in Missouri in 2004. *See United States v. Montgomery*, 635 F.3d 1074, 1079 (8th Cir. 2011). Her execution was carried out the morning of January 13, 2021 by lethal injection, a method provided for by federal regulations and Missouri law. *See* 28 C.F.R. § 26.3(a)(4); Mo. Rev. Stat. § 546.720(1). Nothing in Missouri's applicable statutes or regulations conflicts with the Department's regulations governing implementation of federal death sentences. Accordingly, no variances pursuant to Section 26.1(b) were necessary to comply with the Federal Death Penalty Act.

Citing press reports, Plaintiffs' counsel suggested that Ms. Montgomery may have been denied access to her spiritual advisor. That is not so. As detailed in the accompanying declaration of Mr. Rick Winter, Ms. Montgomery met with her spiritual advisor for several hours on the day of her scheduled execution. *See* Declaration of Rick Winter ¶ 15 ("Winter Decl."). The spiritual advisor also witnessed Ms. Montgomery's execution from the witness room. Although Ms. Montgomery herself never made any request for her spiritual advisor to be in the execution room itself, the spiritual advisor did make a last-minute request to be in the execution room. BOP denied the request because it was made only moments before the execution began when all of the witnesses, including the spiritual advisor, were already secured in their respective witness rooms, and Ms. Montgomery was already restrained. *Id.* ¶ 11-12. BOP thus determined that the proceeding should not be interrupted to accommodate the spiritual advisor's last-minute request,

particularly since doing so would have caused confusion and increased the amount of time Ms. Montgomery remained restrained to the execution table. *Id.*

In making that determination not to accommodate the spiritual advisor's last-minute request, BOP did not deviate from any applicable federal regulations, which provide that unless leave is otherwise granted by the BOP Director, an *inmate* may select "[n]ot more than . . . [o]ne spiritual advisor" who "shall be present at the execution." *See* 28 C.F.R. § 26.4(c)(3)(i), (d). Ms. Montgomery's spiritual advisor was present at her execution. Moreover, no variance from federal regulations was necessary under Missouri law, which similarly provides that, at the inmate's request, the inmate's chosen "clergy or religious leaders, not exceeding two," shall be permitted "to be present at the execution." Mo. Rev. Stat. § 546.740. That is, there is no conflict that could have given rise to a variance pursuant to Section 26.1(b).

Respectfully submitted,

| | |
|---|---|
| MICHAEL R. SHERWIN<br>Acting United States Attorney | JEFFREY BOSSERT CLARK<br>Acting Assistant Attorney General |
| BRIAN P. HUDAK<br>Acting Chief, Civil Division | JEAN LIN<br>Special Litigation Counsel |
| JOHNNY H. WALKER, D.C. Bar #988057<br>Assistant United States Attorney<br>555 4th Street, N.W.<br>Washington, District of Columbia 20530<br>Telephone: 202 252 2575<br>Email: johnny.walker@usdoj.gov | By:  */s/ Bradley P. Humphreys*<br>BRADLEY P. HUMPHREYS, D.C. Bar<br>  #988057<br>CRISTEN C. HANDLEY, MO Bar #69114<br>JONATHAN KOSSAK, D.C. Bar #991478<br>Trial Attorneys<br>Federal Programs Branch<br>Civil Division, Department of Justice<br>1100 L Street, N.W.<br>Washington, District of Columbia 20005<br>Telephone: (202) 305-0878<br>jean.lin@usdoj.gov<br>bradley.humphreys@usdoj.gov<br>cristen.handley@usdoj.gov<br>jonathan.kossak@usdoj.gov<br><br>*Counsel for Defendants* |

Dated: January 14, 2021

## CERTIFICATE OF SERVICE

 I hereby certify that on January 14, 2021, I caused a true and correct copy of foregoing to be served on all counsel of record via the Court's CM/ECF system.

          */s/ Bradley P. Humphreys*
          *Counsel for Defendants*