UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERAL CAPITAL HABEAS PROJECT; KENNETH BARRETT; DUSTIN HIGGS; NORRIS HOLDER; and REJON TAYLOR<br><br>Plaintiffs,<br><br>v.<br><br>JEFFREY A. ROSEN, in his official capacity as Acting Attorney General of the United States; and MICHAEL CARVAJAL, in his official capacity as the Director of the Federal Bureau of Prisons<br><br>Defendants. | Case No. 1:20-cv-3742 (RC) |

## DECLARATION OF RICK WINTER

I, Rick Winter, do hereby declare and state as follows:

1. I am employed by the United States Department of Justice, Federal Bureau of Prisons ("BOP"), as Regional Counsel for the BOP's North Central Region. I have held this position since October 2016. I have been employed by the BOP since 1994.

2. The statements I make hereinafter are made on the basis of my review of the official files and records of the BOP, my own personal knowledge, or on the basis of information acquired by me through the performance of my official duties.

3. The BOP, under the supervision of the United States Marshals Service, is responsible for implementing and otherwise making the necessary preparations to carry out federal death sentences. See 18 U.S.C. § 3596(a); 28 C.F.R. Part 26. I was present for the execution of Lisa Montgomery on January 13, 2021.

4. I am aware that an issue has been raised in this case, regarding John Francisco, Ms.

Montgomery's Minister of Record (MOR), not being allowed in the execution room for Ms. Montgomery's execution.

5. BOP has no record of Ms. Montgomery asking for Mr. Francisco to be present in the execution room; and no such request from Mr. Francisco, until moments before the execution began.

6. Prior to Ms. Montgomery's originally scheduled execution date of December 8, 2020, Ms. Montgomery's counsel provided BOP the appropriate form listing witnesses to attend Ms. Montgomery's execution. In the row for "clergy," the form listed Mr. John Francisco. See Attachment 1.

7. After the form was completed, staff at the Federal Medical Center in Carswell, Texas (FMC Carswell), where Ms. Montgomery was housed up until January 11, 2021, had multiple conversations with Ms. Montgomery regarding her execution. FMC Carswell has no record of Ms. Montgomery requesting that Mr. Francisco be in the execution room.

8. In the weeks leading up to the execution, staff at FCC Terre Haute communicated with Mr. Francisco regarding logistics for witnessing Ms. Montgomery's execution. FCC Terre Haute has no record that Mr. Francisco made any request during those conversations to be present in the execution room for Ms. Montgomery's execution. To the contrary, at one point in those communications, Mr. Francisco acknowledged to FCC Terre Haute's Chaplain that he was aware that Ms. Montgomery did not want him to be in the execution room. Additionally, on January 12, 2021, Mr. Francisco spent several hours in the presence of BOP staff, waiting for the execution, which had been scheduled for 6:00 p.m. that day. During those hours, he did not make any request to be inside the execution room for Ms. Montgomery's execution.

9. On the afternoon of January 12, 2021, a BOP official briefed Ms. Montgomery on the

logistics of the execution. During that conversation, among other things, it was discussed with Ms. Montgomery that Mr. Francisco would witness the execution from the witness room, and not from inside the execution room. Ms. Montgomery did not voice any concern with Mr. Francisco witnessing from the witness room, nor did she indicate that she wanted him to be in the execution room.

10. Due to legal impediments, the execution which had been scheduled for January 12, 2021, at 6:00 p.m., was delayed until the early morning hours of January 13, 2021.

11. After the legal impediments were cleared, Ms. Montgomery was taken from the execution facility holding cell to the execution room and restrained to the execution table. Witnesses were then escorted to their respective witness rooms, which are staffed with BOP personnel. Mr. Francisco was taken to the inmate witness room, along with Ms. Montgomery's other witnesses. All witness rooms were then secured.

12. Moments before the execution began, Mr. Francisco indicated to BOP staff in the witness room that he thought he would be witnessing from inside the execution room.

13. Staff in the witness room immediately informed me of the request. However, at that time the execution proceeding was already moving forward, and the curtains for the various witness rooms were about to be raised. Therefore, it was determined the execution proceeding should not be interrupted in order to accommodate Mr. Francisco's last-minute request. Interrupting the proceeding would have caused confusion amongst witnesses, staff, and perhaps Ms. Montgomery as she had been fully briefed on the logistics, which did not include Mr. Francisco being present in the execution room. Moreover, escorting Mr. Francisco to the execution room would have required additional staff to be called to unsecure the witness room, then escort him through several secure doors into the execution room, all of which would have increased the amount of time Ms. Montgomery remained

restrained on the table.

14. If Mr. Francisco or Ms. Montgomery had made any indication far enough in advance of the execution that she wanted him inside the execution room, then BOP likely would have accommodated it, just as BOP has in prior executions.

15. Although he was not relocated to the execution room, Mr. Francisco was given the opportunity to meet with Ms. Montgomery for several hours on January 12, 2021. During the execution he was able to pray and clearly observe from the witness room through a large glass window. After the execution, he was given the opportunity to view Ms. Montgomery's body and pray over her for several minutes.

I declare, under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct.

Executed this 14th day of January, 2021.

*Rick Winter /JC*
Rick Winter
Federal Bureau of Prisons