IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERAL CAPITAL HABEAS PROJECT, et al.<br><br>Plaintiffs,<br><br>v.<br><br>JEFFREY A. ROSEN, in his official capacity as Acting Attorney General of the United States,[1] et al.<br><br>Defendants. | Case No. 20-cv-03742-RC<br><br><br>**STATUS UPDATE** |

Plaintiffs provide an update regarding *United States v. Higgs*, Case Nos. 20-18 (4th Cir.) and 20-927 (U.S.); *United States v. Higgs*, Case. No. 21-1073 (7th Cir.); and *In re: FBOP Execution Protocol Cases*, Case No. 21-5004 (D.C. Cir.).  Plaintiffs also provide an update regarding the Government's representations about the execution of Mrs. Lisa Montgomery.

### *United States v. Higgs* **(Case Nos. 20-18 (4th Cir.) and 20-927 (U.S.))**

On January 14, 2021, the Government filed in the Supreme Court a reply to Mr. Higgs's brief in opposition and filed an application to vacate the stay entered by the Fourth Circuit.  This morning, Mr. Higgs filed a brief opposing the Government's application to vacate the stay.  As of 1:00 p.m., the Court has not acted on the Government's petition or application.

### *United States v. Higgs* **(Case No. 21-1073 (7th Cir.))**

On January 14, 2021, Mr. Higgs filed in the Seventh Circuit an emergency motion to stay his execution pending an appeal of the District Court's denial of his petition for habeas corpus

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), Jeffrey A. Rosen is substituted for his predecessor, William P. Barr.

pursuant to 28 U.S.C. § 2241.  Dkt. 3.  This morning, the Government filed a response, Dkt. 5, and Mr. Higgs filed a reply, Dkt. 6.

### *In re: FBOP Execution Protocol Cases* (Case Nos. 21-5004 (D.C. Cir.) and 20A131 (U.S.))

On January 14, 2021, the D.C. Circuit rejected Mr. Higgs's and Mr. Johnson's petition for rehearing en banc.  Dkt. 1880129.

Shortly thereafter, Mr. Higgs and Mr. Johnson filed in the Supreme Court an application for a stay of their executions.  Late in the evening, the Supreme Court denied the application and the Government executed Mr. Johnson.

### Execution of Mrs. Lisa Montgomery

On January 14, 2021, the Government submitted to this court the declaration of Mr. Rick Winter, an attorney with the Federal Bureau of Prisons ("BOP").  In that declaration, Mr. Winter stated that "BOP has no record of Mrs. Montgomery asking for Mr. Francisco [sic] to be present in the execution room."  Declaration of Rick Winter ¶ 5 ("Winter Decl.").  Mr. Winter also stated that "Mr. Francisco acknowledged to FCC Terre Haute's Chaplain that he was aware that Mrs. Montgomery did not want him to be in the execution room."  Winter Decl. ¶ 8.

Plaintiffs have since learned that this depiction of Mrs. Montgomery's execution is inaccurate.  First, Mrs. Montgomery and her attorneys believed that they had requested for Mr. Fransisco to be present in the execution chamber.  As detailed in the accompanying declaration of Amy Harwell, BOP did not provide Mrs. Montgomery or her attorneys with a way to request that Mr. Fransisco be in the execution chamber, other than to list Mr. Fransisco as a witness to the execution.  Declaration of Amy Harwell ¶ 4 ("Harwell Decl.") (attached as Ex. A).  Given the longstanding norm that a spiritual advisor may be present in the execution chamber to provide last rites or pray with the condemned, and given that BOP subsequently designated Mr. Fransisco as

the "Minister of Record" for Mrs. Montgomery, Mrs. Montgomery's counsel understood that no further steps were needed to ensure that Mr. Fransisco could be present in the execution chamber itself.  Harwell Decl. ¶ 4–5.

Second, Mr. Fransisco believed that Mrs. Montgomery wanted him to be in the execution room.  Mr. Fransisco traveled from Branson, Missouri to Terre Haute with the specific intention of caring for Mrs. Montgomery and singing "Jesus Loves Me" and "Amazing Grace" to her as the chemicals flowed into her body.  Harwell Decl. ¶ 8.  And after Mrs. Montgomery was executed, Mr. Fransisco confirmed that he never acknowledged to BOP that he would be in the witness room instead of the execution chamber.  Declaration of John Fransisco ¶ 2 (attached as Ex. B).  BOP's denial of Mrs. Montgomery's spiritual advisor to be in the execution chamber while she was being put to death illustrates concerns about last-minute changes to procedures when an individual is executed.

Dated:  January 15, 2021

By: */s/ Elizabeth Prelogar*
Elizabeth Prelogar (DC Bar No. 1011890)
Elias S. Kim (*pro hac vice*)
COOLEY LLP
1299 Pennsylvania Ave., NW, Suite 700
Washington, DC  20004-2400
Telephone: (202) 842-7800
Facsimile: (202) 842-7899
eprelogar@cooley.com
ekim@cooley.com

Elizabeth Wright (*pro hac vice*)
Jennifer Elkin (*pro hac vice*)
COOLEY LLP
550 Boylston street
Boston, MA  02116-3736
Telephone: (617) 937-2300
Facsimile: (617) 937-2400
ewright@cooley.com
jelkin@cooley.com

Colin Scott (*pro hac vice*)
COOLEY LLP
101 California Street, 5th Floor
San Francisco, CA  94111-5800
Telephone: (415) 693-2000
Facsimile: (415) 693-2222
cscott@cooley.com

*Counsel for Plaintiff Federal Capital Habeas Project*

David Autry (*pro hac vice*)
1021 N.W. 16th Street
Oklahoma City, OK 73106
Telephone: (405) 521-9600
Facsimile: (405) 521-9669
dbautry77@gmail.com

*Counsel for Plaintiff Kenneth Eugene Barrett*

Matthew Lawry (*pro hac vice*)
FEDERAL COMMUNITY DEFENDER
OFFICE, E.D. PENNSYLVANIA
601 Walnut St Ste 545 W
Philadelphia, PA 19106
Telephone: (215) 928-0520
Matthew_Lawry@fd.org

*Counsel for Plaintiff Dustin John Higgs*

Scott W. Braden (DC Bar No. 2007123)
FEDERAL PUBLIC DEFENDER,
E.D. ARKANSAS
1401 West Capitol Street
Little Rock, AR 72201
Tel: (501) 324-6114
scott_braden@fd.com

*Counsel for Plaintiff Norris Holder*

Alexis Hoag (*pro hac vice*)
ERIC HOLDER INITIATIVE FOR CIVIL &
POLITICAL RIGHTS
Columbia University
1130 Amsterdam Ave

202 Hamilton Hall
New York, NY 10027
Tel: (203) 645-4918
ajh2233@columbia.edu

*Counsel for Plaintiff Rejon Taylor*