# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERAL CAPITAL HABEAS PROJECT, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>JEFFREY A. ROSEN, in his official capacity as Acting Attorney General of the United States, et al.<br><br>    Defendants. | Case No. 20-cv-03742-RC<br><br>**DECLARATION OF JOHN FRANSISCO** |

I, John Fransisco, declares as follows:

1. I am over eighteen years of age. I have personal knowledge of the following facts, and if called to testify, could and would testify competently thereto.

2. I was the designated spiritual advisor for Lisa Montgomery, who was executed on January 12, 2021. I never acknowledged to the Chaplain at FCC Terre Haute, or anyone else, that Mrs. Montgomery did not want me in the execution room. When I arrived at FCC Terre Haute for Mrs. Montgomery's execution, I planned on being in the execution chamber with her, which is precisely what I had discussed repeatedly with Mrs. Montgomery and her attorneys.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed in Branson, Missouri on January 15, 2021.

_____
John Fransisco