IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERAL CAPITAL HABEAS PROJECT, et al.<br><br>Plaintiffs,<br><br>v.<br><br>JEFFREY A. ROSEN, in his official capacity as Acting Attorney General of the United States,[1] et al.<br><br>Defendants. | Case No. 20-cv-03742-RC |

## NOTICE OF APPEARANCE OF COUNSEL

TO:   THE CLERK OF COURT AND ALL PARTIES OF RECORD

I am admitted *pro hac vice* in the above-captioned matter, and I appear in this case as counsel for Plaintiff Federal Capital Habeas Project.

Date:   January 19, 2021

Respectfully submitted,

*/s/ Elizabeth Wright*
Elizabeth Wright (MA Bar No. 569387)
COOLEY LLP
550 Boylston street
Boston, MA  02116-3736
Telephone: (617) 937-2300
Facsimile: (617) 937-2400
ewright@cooley.com

*Counsel for Plaintiff Federal Capital Habeas Project*

241277737

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), Jeffrey A. Rosen is substituted for his predecessor, William P. Barr.