IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERAL CAPITAL HABEAS PROJECT, et al.<br><br>           Plaintiffs,<br><br>  v.<br><br>JEFFREY A. ROSEN, in his official capacity as Acting Attorney General of the United States,[1] et al.<br><br>           Defendants. | Case No. 20-cv-03742-RC |

### NOTICE OF APPEARANCE OF COUNSEL

TO:    THE CLERK OF COURT AND ALL PARTIES OF RECORD

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as Lead Counsel for Plaintiff Federal Capital Habeas Project.

Date:    January 19, 2021                      Respectfully submitted,

                                                                         */s/ Kathleen Hartnett*
                                                                          Kathleen Hartnett (DC Bar No. 483250)
                                                                          COOLEY LLP
                                                                          101 California Street, 5th Floor
                                                                          San Francisco, CA  94111-5800
                                                                          Telephone: (415) 693-2000
                                                                          Facsimile: (415) 693-2222
                                                                          khartnett@cooley.com

                                                                          *Counsel for Plaintiff Federal Capital Habeas Project*

242450378 v1

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), Jeffrey A. Rosen is substituted for his predecessor, William P. Barr.