IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERAL CAPITAL HABEAS PROJECT, et al.<br><br>    Plaintiffs,<br><br>  v.<br><br>JEFFREY A. ROSEN, in his official capacity as Acting Attorney General of the United States,[1] et al.<br><br>    Defendants. | Case No. 20-cv-03742-RC |

## NOTICE OF WITHDRAWAL

Pursuant to LCvR 83.6, Elizabeth Prelogar of Cooley LLP respectfully provides this Notice of Withdrawal as counsel of record for Plaintiff Federal Capital Habeas Project, stating:

1. Plaintiff Federal Capital Habeas Project have been, and will continue to be represented by Elizabeth Wright, Jennifer Elkin, Elias S. Kim and Colin Scott of Cooley LLP.

2. Kathleen Hartnett of Cooley LLP who is admitted to practice before this Court filed her Notice of Appearance on behalf of Federal Capital Habeas Project on January 19, 2021 (ECF No. 26).

3. Ms. Prelogar is leaving Cooley LLP as of January 19, 2021. It is therefore necessary for her to withdraw as counsel for Federal Capital Habeas Project.

4. Federal Capital Habeas Project has been notified of Ms. Prelogar's Notice of Withdrawal and have no objection thereto. *See* Exhibit A attached hereto.

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), Jeffrey A. Rosen is substituted for his predecessor, William P. Barr.

1

5. This withdrawal is not made for the purpose of delay, nor will a withdrawal of representation by Ms. Prelogar in any manner prejudice the rights of Federal Capital Habeas Project, or any other parties herein.

Dated: January 19, 2021

By: /s/ Elizabeth Prelogar
Elizabeth Prelogar (DC Bar No. 1011890)
Elias S. Kim (*pro hac vice*)
COOLEY LLP
1299 Pennsylvania Ave., NW, Suite 700
Washington, DC 20004-2400
Telephone: (202) 842-7800
Facsimile: (202) 842-7899
eprelogar@cooley.com
ekim@cooley.com

Elizabeth Wright (*pro hac vice*)
Jennifer Elkin (*pro hac vice*)
COOLEY LLP
550 Boylston street
Boston, MA 02116-3736
Telephone: (617) 937-2300
Facsimile: (617) 937-2400
ewright@cooley.com
jelkin@cooley.com

Kathleen Hartnett (DC Bar No. 483250)
Colin Scott (*pro hac vice*)
COOLEY LLP
101 California Street, 5th Floor
San Francisco, CA 94111-5800
Telephone: (415) 693-2000
Facsimile: (415) 693-2222
khartnett@cooley.com
cscott@cooley.com

*Counsel for Plaintiff Federal Capital Habeas Project*