# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERAL CAPITAL HABEAS PROJECT, et al.<br><br>           Plaintiffs,<br><br>  v.<br><br>JEFFREY A. ROSEN, in his official capacity as Acting Attorney General of the United States,[1] et al.<br><br>           Defendants. | Case No. 20-cv-03742-RC |

## **CLIENT CONSENT TO WITHDRAWAL OF COUNSEL**

Plaintiff Federal Capital Habeas Project hereby consents to the withdrawal of Elizabeth Prelogar of Cooley LLP as its counsel in the above-captioned matter.

Federal Capital Habeas Project have been, and will continue to be, represented by Elizabeth Wright, Jennifer Elkin, Elias S. Kim and Colin Scott of Cooley LLP.  In addition, Kathleen Hartnett of Cooley LLP will be filing a Notice of Appearance on behalf of Federal Capital Habeas Project today.

Dated:  January 19, 2021                    FEDERAL CAPITAL HABEAS PROJECT

                                                                                         _/s/_____

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), Jeffrey A. Rosen is substituted for his predecessor, William P. Barr.