## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERAL CAPITAL HABEAS PROJECT; KENNETH BARRETT; DUSTIN HIGGS; NORRIS HOLDER; and REJON TAYLOR<br><br>　　　　　　Plaintiffs,<br><br>v.<br><br>JEFFREY A. ROSEN, in his official capacity as Acting Attorney General of the United States; and MICHAEL CARVAJAL, in his official capacity as the Director of the Federal Bureau of Prisons<br><br>　　　　　　Defendants. | Case No. 1:20-cv-3742 (RC) |

## NOTICE OF WITHDRAWAL

　　　To Clerk of Court and all parties of record, please take notice of the withdrawal of Bradley P. Humphreys as counsel for all defendants in this case. Defendants remain represented by Assistant U.S. Attorney Johnny Walker from the U.S. Attorney's Office for the District of Columbia.

　Respectfully submitted,

MICHAEL R. SHERWIN
Acting United States Attorney

BRIAN P. HUDAK
Acting Chief, Civil Division

JOHNNY H. WALKER, D.C. Bar #988057
Assistant United States Attorney
555 4th Street, N.W.
Washington, District of Columbia 20530
Telephone: 202 252 2575
Email: johnny.walker@usdoj.gov

JOHN V. COGHLAN
Deputy Assistant Attorney General

JEAN LIN
Special Litigation Counsel

By:  */s/ Bradley P. Humphreys*
BRADLEY P. HUMPHREYS, D.C. Bar
  #988057
Trial Attorney
Federal Programs Branch
Civil Division, Department of Justice
1100 L Street, N.W.
Washington, District of Columbia 20005
Telephone: (202) 305-0878
bradley.humphreys@usdoj.gov

*Counsel for Defendants*

Dated: January 20, 2021

## CERTIFICATE OF SERVICE

    I hereby certify that on January 20, 2021, I caused a true and correct copy of foregoing to be served on all counsel of record via the Court's CM/ECF system.

                                               _/s/ Bradley P. Humphreys_
                                               *Counsel for Defendants*