IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| FEDERAL CAPITAL HABEAS PROJECT, et al.<br><br>Plaintiffs,<br><br>v.<br><br>MONTY WILKINSON, in his official capacity as Acting Attorney General of the United States,[1] et al.<br><br>Defendants. | Case No. 20-cv-03742-RC |

## JOINT PROPOSED SCHEDULING ORDER

In a minute order entered on January 19, 2021, the Court ordered the parties to meet, confer and jointly submit a schedule to govern further proceedings in the above-captioned litigation.  The parties have done so and jointly propose the schedule outlined below.

The parties believe that cross-motions for summary judgment will allow the case to be resolved efficiently and in a manner that conserves both the Court's and the parties' resources. Plaintiffs therefore withdraw their current motion for a preliminary injunction (Dkt. 3), while reserving all rights to file another such motion if warranted based on future developments.  In addition, given factual developments since Plaintiffs' initial Complaint filed on December 18, 2020, including the government's execution of one of the Plaintiffs, Dustin John Higgs, Plaintiffs intend to file an amended complaint.

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), Monty Wilkinson is substituted for his predecessor, William P. Barr.

Therefore, the parties respectfully propose the following schedule:

| | |
|---|---|
| Deadline for Plaintiffs to file Amended Complaint | Tuesday, February 16, 2021 |
| Deadline for Defendants to file Answer and Produce Administrative Record | Thursday, March 18, 2021 |
| Deadline for Plaintiffs' Motion for Summary Judgment | Friday, April 16, 2021 |
| Deadline for Defendants' Combined Response and Cross-Motion for Summary Judgment | Friday, May 14, 2021 |
| Deadline for Plaintiffs' Combined Reply and Response to Defendants' Cross-Motion for Summary Judgment | Friday, June 4, 2021 |
| Deadline for Defendants' Reply in Support of Cross-Motion for Summary Judgment | Friday, June 25, 2021 |
| Oral Argument on Dispositive Motions | As determined by Court |

As reflected by this proposed schedule, Plaintiffs respectfully request that the Court hold oral argument on the Motions for Summary Judgment on a mutually agreeable date after the briefing is complete.

For the foregoing reasons, the parties stipulate to and propose the above schedule and respectfully request that the Court enter the proposed order attached hereto.

DATED: February 2, 2021

Respectfully submitted,

MICHAEL R. SHERWIN
Acting United States Attorney

BRIAN P. HUDAK
Acting Chief, Civil Division


By: _/s/ Johnny Walker_
JOHNNY H. WALKER, D.C. Bar #991325
Assistant United States Attorney
555 4th Street, N.W.
Washington, District of Columbia 20530

By: _/s/ Kathleen Hartnett_
Kathleen Hartnett (DC Bar No. 483250)
Colin Scott (*pro hac vice*)
COOLEY LLP
101 California Street, 5th Floor
San Francisco, CA  94111-5800
Telephone: (415) 693-2000
Facsimile: (415) 693-2222
khartnett@cooley.com
cscott@cooley.com

Telephone: 202 252 2575
Email: johnny.walker@usdoj.gov

*Counsel for Defendants*

Elizabeth Wright (*pro hac vice*)
Jennifer Elkin (*pro hac vice*)
COOLEY LLP
550 Boylston street
Boston, MA  02116-3736
Telephone: (617) 937-2300
Facsimile: (617) 937-2400
ewright@cooley.com
jelkin@cooley.com

Elias S. Kim (*pro hac vice*)
COOLEY LLP
1299 Pennsylvania Ave., NW, Suite 700
Washington, DC  20004-2400
Telephone: (202) 842-7800
Facsimile: (202) 842-7899
eprelogar@cooley.com
ekim@cooley.com

*Counsel for Plaintiff Federal Capital Habeas Project*

David Autry (*pro hac vice*)
1021 N.W. 16th Street
Oklahoma City, OK 73106
Telephone: (405) 521-9600
Facsimile: (405) 521-9669
dbautry77@gmail.com

*Counsel for Plaintiff Kenneth Eugene Barrett*

Matthew Lawry (*pro hac vice*)
FEDERAL COMMUNITY DEFENDER
OFFICE, E.D. PENNSYLVANIA
601 Walnut St Ste 545 W
Philadelphia, PA 19106
Telephone: (215) 928-0520
Matthew_Lawry@fd.org

*Counsel for Plaintiff Dustin John Higgs*

Scott W. Braden (DC Bar No. 2007123)
FEDERAL PUBLIC DEFENDER,
E.D. ARKANSAS
1401 West Capitol Street
Little Rock, AR 72201

Tel: (501) 324-6114
scott_braden@fd.com

*Counsel for Plaintiff Norris Holder*

Alexis Hoag (*pro hac vice*)
ERIC HOLDER INITIATIVE FOR CIVIL &
POLITICAL RIGHTS
Columbia University
1130 Amsterdam Ave
202 Hamilton Hall
New York, NY 10027
Tel: (203) 645-4918
ajh2233@columbia.edu

*Counsel for Plaintiff Rejon Taylor*

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 2, 2021, I filed the foregoing document via the Court's

ECF system, which will electronically serve all counsel of record in this case.


/s Kathleen Hartnett