IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FEDERAL CAPITAL HABEAS
PROJECT, et al.

              Plaintiffs,

    v.

MONTY WILKINSON, in his official
capacity as Acting Attorney General of the
United States,[1] et al.

              Defendants.

Case No. 20-cv-03742-RC

**[PROPOSED] SCHEDULING ORDER**

The Court enters the following schedule:

| | |
|---|---|
| Deadline for Plaintiffs to file Amended Complaint | Tuesday, February 16, 2021 |
| Deadline for Defendants to file Answer and Produce Administrative Record | Thursday, March 18, 2021 |
| Deadline for Plaintiffs' Motion for Summary Judgment | Friday, April 16, 2021 |
| Deadline for Defendants' Combined Response and Cross-Motion for Summary Judgment | Friday, May 14, 2021 |
| Deadline for Plaintiffs' Combined Reply and Response to Defendants' Cross-Motion for Summary Judgment | Friday, June 4, 2021 |
| Deadline for Defendants' Reply in Support of Cross-Motion for Summary Judgment | Friday, June 25, 2021 |
| Oral Argument on Dispositive Motions | _____ , 2021 |

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), Monty Wilkinson is substituted for his predecessor, William P. Barr.

**SO ORDERED.**

Dated: _____, 2021

                                                      _____
                                                      RUDOLPH CONTRERAS
                                                      United States District Judge