UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERAL CAPITAL HABEAS PROJECT, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>MERRICK GARLAND, United States Attorney General, *et al.*,<br><br>*Defendants*. | Civil Action No. 20-3742 (RC) |

## CERTIFIED LIST OF THE
## CONTENTS OF THE ADMINISTRATIVE RECORD

Pursuant to Local Civil Rule 7(n)(1), Defendants file herewith a certified list of the contents of the administrative record. The full administrative record has been served on counsel for Plaintiffs.

Dated: March 18, 2021
       Washington, D.C.

Respectfully submitted,

CHANNING D. PHILLIPS, D.C. Bar #415793
Acting United States Attorney

BRIAN P. HUDAK
Acting Chief, Civil Division

By:   /s/ Johnny Walker
JOHNNY H. WALKER, D.C. Bar #991325
Assistant United States Attorney
555 4th Street, N.W.
Washington, District of Columbia 20530
Telephone: 202 252 2575
Email: johnny.walker@usdoj.gov

*Counsel for Defendants*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERAL CAPITAL HABEAS PROJECT, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> MONTY WILKINSON, Acting Attorney General of the Unites States, *et al.*, <br><br> *Defendants*. | Civil Action No. 20-3742 (RC) |

## CERTIFICATION OF ADMINISTRATIVE RECORD

I, Laurence E. Rothenberg, am employed as a Deputy Assistant Attorney General in the Office of Legal Policy of the U.S. Department of Justice. I have held this position since May, 2007. My duty station is in Washington, D.C.

To the best of my knowledge, information, and belief, I certify that the attached document is a true and correct index to the administrative record within the possession and control of the Department of Justice pertaining to the matter at issue in the above-captioned case. The administrative record for use in this litigation does not include any publicly available statutes, legislation, or case law.

Executed on February 26, 2021

LAURENCE ROTHENBERG
Digitally signed by LAURENCE ROTHENBERG
Date: 2021.02.26 11:46:43 -05'00'

Laurence E. Rothenberg
Deputy Assistant Attorney General
Office of Legal Policy
U.S. Department of Justice

# ADMINISTRATIVE RECORD INDEX

### Manner of Federal Executions

| No. | Document Description | Pages |
|---|---|---|
| | RECORD DOCUMENTS | |
| 1. | Notice of Proposed Rulemaking, 85 Fed. Reg. 47324 (Aug. 5, 2020) | AR000001–AR000004 |
| 2. | Final Rule, 85 Fed. Reg. 75846 (Nov. 27, 2020) | AR000005–AR000014 |
| 3. | Final Rule; Correction, 85 Fed. Reg. 76979 (Dec. 1, 2020) | AR000015 |
| 4. | Notice of Proposed Rulemaking, 57 Fed. Reg. 56536-01 (Nov. 19, 1992) | AR000016–AR000020 |
| 5. | Final Rule, 58 Fed. Reg. 4898-01 (Jan. 19, 1993) | AR000021–AR000029 |
| 6. | Federal Bureau of Prisons Execution Protocol Manual (Nov. 2019) | AR000030–AR000084 |
| 7. | Federal Bureau of Prisons Execution Protocol Manual (Dec. 2020) | AR000085–AR000136 |
| 8. | Memorandum on State Execution Methods | AR000137–AR000140 |
| 9. | Public Comment of Anonymous in response to 85 Fed. Reg. 47324 (Aug. 24, 2020) | AR000141 |
| 10. | Public Comment of Elizabeth Reed in response to 85 Fed. Reg. 47324 (Aug. 31, 2020) | AR000142 |
| 11. | Public Comment of Anonymous in response to 85 Fed. Reg. 47324 (Aug. 31, 2020) | AR000143 |
| 12. | Public Comment of Anonymous in response to 85 Fed. Reg. 47324 (Aug. 31, 2020) | AR000144 |
| 13. | Public Comment of Anonymous in response to 85 Fed. Reg. 47324 (Aug. 31, 2020) | AR000145 |
| 14. | Public Comment of Eleanor Siegal in response to 85 Fed. Reg. 47324 (Aug. 31, 2020) | AR000146 |

| | | |
|---|---|---|
| 15. | Public Comment of Nancy Fulton in response to 85 Fed. Reg. 47324 (Aug. 31, 2020) | AR000147 |
| 16. | Public Comment of L Weber in response to 85 Fed. Reg. 47324 (Aug. 31, 2020) | AR000148 |
| 17. | Public Comment of Elizabeth Manduca in response to 85 Fed. Reg. 47324 (Aug. 31, 2020) | AR000149 |
| 18. | Public Comment of Uli Klingbeil in response to 85 Fed. Reg. 47324 (Aug. 31, 2020) | AR000150 |
| 19. | Public Comment of Hilah Johnson in response to 85 Fed. Reg. 47324 (Aug. 31, 2020) | AR000151 |
| 20. | Public Comment of Frances Yuan in response to 85 Fed. Reg. 47324 (Aug. 31, 2020) | AR000152 |
| 21. | Public Comment of Katherine Johnson in response to 85 Fed. Reg. 47324 (Sept. 1, 2020) | AR000153 |
| 22. | Public Comment of Van Savage in response to 85 Fed. Reg. 47324 (Sept. 1, 2020) | AR000154 |
| 23. | Public Comment of Anonymous in response to 85 Fed. Reg. 47324 (Sept. 1, 2020) | AR000155 |
| 24. | Public Comment of Keith Forstall in response to 85 Fed. Reg. 47324 (Sept. 2, 2020) | AR000156 |
| 25. | Public Comment of Jordan Elizabeth DeFay in response to 85 Fed. Reg. 47324 (Sept. 2, 2020) | AR000157 |
| 25.1. | Memorandum: attachment to public comment of Jordan Elizabeth DeFay (Sept. 2, 2020) | AR000158–AR000159 |
| 26. | Public Comment of Maddie Seales in response to 85 Fed. Reg. 47324 (Sept. 3, 2020) | AR000160 |
| 27. | Public Comment of Anonymous in response to 85 Fed. Reg. 47324 (Sept. 4, 2020) | AR000161 |
| 28. | Public Comment of Anonymous in response to 85 Fed. Reg. 47324 (Sept. 4, 2020) | AR000162–AR000163 |
| 29. | Public Comment of David Johnson in response to 85 Fed. Reg. 47324 (Sept. 4, 2020) | AR000164–AR000165 |
| 29.1. | "Due September 4, 2020 rule change": attachment to David Johnson public comment (Sept. 4, 2020) | AR000166–AR000181 |

| 30. | Public Comment of David Johnson in response to 85 Fed. Reg. 47324 (Sept. 4, 2020) | AR000182–AR000183 |
| --- | --- | --- |
| 31. | Redacted Comment of George Kouros in response to 85 Fed. Reg. 47324 (Sept. 4, 2020)[1] | AR000184 |
| 31.1. | 2020.09.04 Comments on DOJ Proposed Regs with Exhibits: unredacted attachment to George Kouros public comment (Sept. 4, 2020) | AR000185–AR000512 |
| 32. | Public Comment of Anonymous in response to 85 Fed. Reg. 47324 (Sept. 4, 2020) | AR000513 |

---

[1] Out of caution for potentially copyrighted articles in the Comment of George Kouros, DOJ originally posted a redacted version of the Comment of George Kouros. Because DOJ posted a redacted version of the comment, the unredacted comment is unavailable on the Federal Docket Management System (FDMS). Thus, this Administrative Record Index includes the redacted public comment (No. 31) and the unredacted attachment (No. 31.1).