IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERAL CAPITAL HABEAS PROJECT, et al.<br><br>        Plaintiffs,<br><br>   v.<br><br>MERRICK GARLAND, in his official capacity as Attorney General of the United States,[1] et al.<br><br>        Defendants. | Case No. 20-cv-03742-RC |

**PLAINTIFFS' UNOPPOSED MOTION TO AMEND SUMMARY JUDGMENT BRIEFING SCHEDULE**

Plaintiffs hereby move to extend the time to file their Summary Judgment Motion, which is currently due by April 16, 2021, and to adjust all corresponding deadlines accordingly, as proposed below. Plaintiffs have consulted with counsel for Defendants, and Defendants do not oppose the requested extension.

Good cause exists to grant this motion. The Biden Administration's approach to federal death penalty cases is not yet known; after the unprecedented series of executions that took place at the end of the Trump Administration, no new execution dates have been set since the new Administration assumed power, although the new Administration has said nothing to rule them out. On March 22, 2021, the Supreme Court granted a writ of certiorari in the case of *United States v. Tsarnaev,* 968 F.3d 24 (1st Cir. 2020), *cert. granted*, No. 16-6001 (March 22, 2021), a petition

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), Merrick Garland is substituted for his predecessor, Monty Wilkinson.

to the Supreme Court, which was fully briefed during the Trump Administration and in which the Government seeks to reinstate a sentence of death that was vacated by the court of appeals. On March 26, 2021, the Government sought an extension until June 14, 2021 to file its opening merits brief in *Tsarnaev*. Plaintiffs respectfully request that the present Scheduling Order be amended so that summary judgment briefing in this case takes place after the Government files its opening brief in *Tsarnaev,* given that both actions present significant questions for the new Administration regarding its approach to the federal death penalty.

Therefore, Plaintiffs respectfully propose the following schedule:

|  | Current Deadline | Proposed Deadline |
|---|---|---|
| Deadline for Plaintiffs' Motion for Summary Judgment | Friday, April 16, 2021 | Monday, June 21, 2021 |
| Deadline for Defendants' Combined Response and Cross-Motion for Summary Judgment | Friday, May 14, 2021 | Monday, July 19, 2021 |
| Deadline for Plaintiffs' Combined Reply and Response to Defendants' Cross-Motion for Summary Judgment | Friday, June 4, 2021 | Monday, August 9, 2021 |
| Deadline for Defendants' Reply in Support of Cross-Motion for Summary Judgment | Friday, June 25, 2021 | Monday, August 30, 2021 |
| Oral Argument on Dispositive Motions | As determined by Court | As determined by Court |

As reflected by this proposed schedule, Plaintiffs respectfully request that the Court hold oral argument on the Motions for Summary Judgment on a mutually agreeable date after the briefing is complete.

For the foregoing reasons, Plaintiffs respectfully request that the Court enter the proposed order attached hereto.

DATED: April 5, 2021

Respectfully submitted,

By: /s/ Kathleen Hartnett
Kathleen Hartnett (DC Bar No. 483250)
Colin Scott (*pro hac vice*)
COOLEY LLP
101 California Street, 5th Floor
San Francisco, CA 94111-5800
Telephone: (415) 693-2000
Facsimile: (415) 693-2222
khartnett@cooley.com
cscott@cooley.com

Elizabeth Wright (*pro hac vice*)
Jennifer Elkin (*pro hac vice*)
COOLEY LLP
550 Boylston street
Boston, MA 02116-3736
Telephone: (617) 937-2300
Facsimile: (617) 937-2400
ewright@cooley.com
jelkin@cooley.com

Elias S. Kim (*pro hac vice*)
COOLEY LLP
1299 Pennsylvania Ave., NW, Suite 700
Washington, DC 20004-2400
Telephone: (202) 842-7800
Facsimile: (202) 842-7899
eprelogar@cooley.com
ekim@cooley.com

*Counsel for Plaintiff Federal Capital Habeas Project*

David Autry (*pro hac vice*)
1021 N.W. 16th Street
Oklahoma City, OK 73106
Telephone: (405) 521-9600
Facsimile: (405) 521-9669
dbautry77@gmail.com

*Counsel for Plaintiff Kenneth Eugene Barrett*

Matthew Lawry (*pro hac vice*)
FEDERAL COMMUNITY DEFENDER

OFFICE, E.D. PENNSYLVANIA
601 Walnut St Ste 545 W
Philadelphia, PA 19106
Telephone: (215) 928-0520
Matthew_Lawry@fd.org

*Counsel for Plaintiff Dustin John Higgs*

Scott W. Braden (DC Bar No. 2007123)
FEDERAL PUBLIC DEFENDER,
E.D. ARKANSAS
1401 West Capitol Street
Little Rock, AR 72201
Tel: (501) 324-6114
scott_braden@fd.com

*Counsel for Plaintiff Norris Holder*

Alexis Hoag (*pro hac vice*)
ERIC HOLDER INITIATIVE FOR CIVIL &
POLITICAL RIGHTS
Columbia University
1130 Amsterdam Ave
202 Hamilton Hall
New York, NY 10027
Tel: (203) 645-4918
ajh2233@columbia.edu

*Counsel for Plaintiff Rejon Taylor*

Monica Foster
INDIANA FEDERAL COMMUNITY
DEFENDERS LLC
111 Monument Circle, Ste. 3200
Indianapolis, IN 46208
Tel: (317) 383-2520
Monica_foster@fd.org

*Counsel for Plaintiff Marvin Charles Gabrion II*

-5-

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 5, 2021, I filed the foregoing document via the Court's ECF system, which will electronically serve all counsel of record in this case.

/s Kathleen Hartnett