IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FEDERAL CAPITAL HABEAS
PROJECT, et al.

        Plaintiffs,

    v.

MERRICK GARLAND, in his official
capacity as Attorney General of the United
States,[2] et al.

        Defendants.

Case No. 20-cv-03742-RC

## [PROPOSED] AMENDED SCHEDULING ORDER

The Court enters the following schedule:

| | |
|---|---|
| Deadline for Plaintiffs' Motion for Summary Judgment | Monday, June 21, 2021 |
| Deadline for Defendants' Combined Response and Cross-Motion for Summary Judgment | Monday, July 19, 2021 |
| Deadline for Plaintiffs' Combined Reply and Response to Defendants' Cross-Motion for Summary Judgment | Monday, August 9, 2021 |
| Deadline for Defendants' Reply in Support of Cross-Motion for Summary Judgment | Monday, August 30, 2021 |
| Oral Argument on Dispositive Motions | _____, 2021 |

---

[2] Pursuant to Federal Rule of Civil Procedure 25(d), Merrick Garland is substituted for his predecessor, Monty Wilkinson.

-2-

**SO ORDERED.**

Dated: _____, 2021

                                                      _____
RUDOLPH CONTRERAS
United States District Judge