IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERAL CAPITAL HABEAS PROJECT, et al._____Plaintiffs,_____v._____MERRICK GARLAND, in his official capacity as Attorney General of the United States, et al._____Defendants. | Case No. 20-cv-03742-RC |

**PLAINTIFFS' UNOPPOSED MOTION TO AMEND SUMMARY JUDGMENT BRIEFING SCHEDULE**

Plaintiffs hereby move for a 90-day extension of the time to file their Summary Judgment Motion, which is currently due by June 21, 2021, and to adjust all corresponding deadlines accordingly, as proposed below. Plaintiffs have consulted with counsel for Defendants, and Defendants do not oppose the requested extension.

Good cause exists to grant this motion. The Biden Administration's approach to federal death penalty cases remains unknown. After the unprecedented series of executions that took place at the end of the Trump Administration, no new execution dates have been set since the new Administration took office, although the new Administration has said nothing to rule them out. In April 2021, Plaintiffs sought (ECF No. 33), and the Court approved, an approximate two-month unopposed extension of the summary judgment briefing schedule in light of the new Administration's ongoing review and the June 14, 2021 deadline for the Government's opening brief in the federal death penalty case before the Supreme Court in *United States v. Tsarnaev*, 968

F.3d 24 (1st Cir. 2020), *cert. granted*, No. 16-6001 (March 22, 2021). On May 21, 2021, the parties in *In the Matter of Federal Bureau of Prisons' Execution Protocol Cases* ("*In re FBOP*") submitted a joint status report in which the Government explained that "[t]he Department of Justice . . . is actively reviewing its policies and procedures concerning the administration of capital punishment." Joint Status Report at 1-2, *In re FBOP*, No. 19-mc-00145 (D.D.C. May 21, 2021), ECF No. 418. Given this active review of the Government's policies and procedures, which are also at issue in this case, Plaintiffs respectfully submit that an additional 90-day extension of the summary judgment briefing schedule is warranted.

Therefore, Plaintiffs respectfully propose the following schedule:

|  | Current Deadline | Proposed Deadline |
|---|---|---|
| Deadline for Plaintiffs' Motion for Summary Judgment | Monday, June 21, 2021 | Monday, September 20, 2021 |
| Deadline for Defendants' Combined Response and Cross-Motion for Summary Judgment | Monday, July 19, 2021 | Monday, October 18, 2021 |
| Deadline for Plaintiffs' Combined Reply and Response to Defendants' Cross-Motion for Summary Judgment | Monday, August 9, 2021 | Wednesday November 10, 2021 |
| Deadline for Defendants' Reply in Support of Cross-Motion for Summary Judgment | Monday, August 30, 2021 | Thursday December 2, 2021 |
| Oral Argument on Dispositive Motions | As determined by Court | As determined by Court |

As reflected by this proposed schedule, Plaintiffs respectfully request that the Court hold oral argument on the Motions for Summary Judgment on a mutually agreeable date after the briefing is complete.

For the foregoing reasons, Plaintiffs respectfully request that the Court enter the proposed order attached hereto.

-2-

DATED: June 8, 2021

Respectfully submitted,

By: /s/ Kathleen Hartnett
Kathleen Hartnett (DC Bar No. 483250)
Colin Scott (*pro hac vice*)
COOLEY LLP
101 California Street, 5th Floor
San Francisco, CA  94111-5800
Telephone: (415) 693-2000
Facsimile: (415) 693-2222
khartnett@cooley.com
cscott@cooley.com

Elizabeth Wright (*pro hac vice*)
Jennifer Elkin (*pro hac vice*)
COOLEY LLP
550 Boylston street
Boston, MA  02116-3736
Telephone: (617) 937-2300
Facsimile: (617) 937-2400
ewright@cooley.com
jelkin@cooley.com

Elias S. Kim (*pro hac vice*)
COOLEY LLP
1299 Pennsylvania Ave., NW, Suite 700
Washington, DC  20004-2400
Telephone: (202) 842-7800
Facsimile: (202) 842-7899
eprelogar@cooley.com
ekim@cooley.com

*Counsel for Plaintiff Federal Capital Habeas Project*

David Autry (*pro hac vice*)
1021 N.W. 16th Street
Oklahoma City, OK 73106
Telephone: (405) 521-9600
Facsimile: (405) 521-9669
dbautry77@gmail.com

*Counsel for Plaintiff Kenneth Eugene Barrett*

Matthew Lawry (*pro hac vice*)
FEDERAL COMMUNITY DEFENDER
OFFICE, E.D. PENNSYLVANIA
601 Walnut St Ste 545 W
Philadelphia, PA 19106
Telephone: (215) 928-0520
Matthew_Lawry@fd.org

*Counsel for Plaintiff Dustin John Higgs*

Scott W. Braden (DC Bar No. 2007123)
FEDERAL PUBLIC DEFENDER,
E.D. ARKANSAS
1401 West Capitol Street
Little Rock, AR 72201
Tel: (501) 324-6114
scott_braden@fd.com

*Counsel for Plaintiff Norris Holder*

Alexis Hoag (*pro hac vice*)
ERIC HOLDER INITIATIVE FOR CIVIL &
POLITICAL RIGHTS
Columbia University
1130 Amsterdam Ave
202 Hamilton Hall
New York, NY 10027
Tel: (203) 645-4918
ajh2233@columbia.edu

*Counsel for Plaintiff Rejon Taylor*

Monica Foster
INDIANA FEDERAL COMMUNITY
DEFENDERS LLC
111 Monument Circle, Ste. 3200
Indianapolis, IN 46208
Tel: (317) 383-2520
Monica_foster@fd.org

*Counsel for Plaintiff Marvin Charles Gabrion II*

## CERTIFICATE OF SERVICE

I hereby certify that on June 8, 2021, I filed the foregoing document via the Court's ECF system, which will electronically serve all counsel of record in this case.

/s Kathleen Hartnett