IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERAL CAPITAL HABEAS PROJECT, et al.<br><br>          Plaintiffs,<br><br>     v.<br><br>MERRICK GARLAND, in his official capacity as Attorney General of the United States, et al.<br><br>          Defendants. | Case No. 20-cv-03742-RC |

# [PROPOSED] AMENDED SCHEDULING ORDER

The Court enters the following schedule:

| | |
|---|---|
| Deadline for Plaintiffs' Motion for Summary Judgment | Monday, September 20, 2021 |
| Deadline for Defendants' Combined Response and Cross-Motion for Summary Judgment | Monday, October 18, 2021 |
| Deadline for Plaintiffs' Combined Reply and Response to Defendants' Cross-Motion for Summary Judgment | Wednesday November 10, 2021 |
| Deadline for Defendants' Reply in Support of Cross-Motion for Summary Judgment | Thursday December 2, 2021 |
| Oral Argument on Dispositive Motions | _____ , 2021 |

**SO ORDERED.**

Dated: _____, 2021         _____
                                            RUDOLPH CONTRERAS
                                            United States District Judge