IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERAL CAPITAL HABEAS PROJECT, et al.<br><br>        Plaintiffs,<br><br>    v.<br><br>MERRICK GARLAND, in his official capacity as Acting Attorney General of the United States, et al.<br><br>        Defendants. | Case No. 20-cv-03742-RC |

**NOTICE OF CHANGE OF ADDRESS**

TO:    THE CLERK OF COURT AND ALL PARTIES OF RECORD

Please take notice of the following change of firm information for Kathleen Hartnett, counsel of record for Federal Capital Habeas Project, plaintiffs in the above-captioned matter. Copies of all pleadings and notices pertaining to the above-entitled matter should be forwarded to counsel at the following address:

**Kathleen Hartnett**
**Cooley LLP**
**3 Embarcadero Center**
**20th Floor**
**San Francisco, CA 94111-4004**

Date:   June 10, 2021                            Respectfully submitted,

                                                           */s/ Kathleen Hartnett*
                                                           Kathleen Hartnett (DC Bar No. 483250)
                                                           COOLEY LLP
                                                          3 Embarcadero Center, 20th Floor
                                                          San Francisco, CA  94111-4004
                                                          Telephone: (415) 693-2000
                                                          Facsimile: (415) 693-2222
                                                          khartnett@cooley.com

*Counsel for Plaintiff Federal Capital Habeas Project*

251911185 v1