IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERAL CAPITAL HABEAS PROJECT, et al.<br><br>                Plaintiffs,<br><br>    v.<br><br>MERRICK GARLAND, in his official capacity as Attorney General of the United States, et al.<br><br>                Defendants. | Case No. 20-cv-03742-RC |

**PARTIES' JOINT MOTION FOR EXTENSION OF TIME
TO FILE SUMMARY JUDGMENT MOTION**

       The Parties jointly move the Court to extend by 14 days the current deadline for Plaintiffs to file their motion for summary judgment to allow the Parties time to complete negotiations regarding the status of this litigation in light of recent developments from the Department of Justice. On July 1, 2021, the Attorney General of the United States issued a memorandum directing the Department of Justice's Office of Legal Policy, under the supervision of the Deputy Attorney General, to review the Department's policies and procedures for federal executions.[1] The Attorney General has instructed that "[n]o federal executions will be scheduled during the pendency of these reviews."[2] The Parties have been actively conferring about whether this litigation should continue during the pendency of these reviews.

---

[1] *See* Attorney General, *Moratorium on Federal Executions Pending Review of Policies and Procedures* (July 1, 2021), https://go.usa.gov/x6MTP.
[2] *Id.*

For this reason, all Parties respectfully request that the Court extend the time for Plaintiffs to file their summary judgment motion by 14 days, from September 20, 2021 to October 4, 2021, while the Parties continue to confer and negotiate a proposed order for the Court's consideration.

DATED: September 20, 2021

Respectfully submitted,

| | |
|---|---|
| Channing D. Phillips (D.C. Bar No. 415793)<br>Acting United States Attorney<br><br>Brian P. Hudak<br>Acting Chief, Civil Division<br><br>By: */s/ Johnny H. Walker*<br>Johnny H. Walker (D.C. Bar No. 991325)<br>Assistant United States Attorney<br>555 4th Street, N.W.<br>Washington, District of Columbia 20530<br>Telephone: (202) 252-2575<br>johnny.walker@usdoj.gov<br><br>*Counsel for Defendants* | By: */s/ Kathleen Hartnett*<br>Kathleen Hartnett (DC Bar No. 483250)<br>Colin Scott (*pro hac vice*)<br>COOLEY LLP<br>3 Embarcadero Center, 20th Floor<br>San Francisco, CA  94111-4004<br>Telephone: (415) 693-2000<br>Facsimile: (415) 693-2222<br>khartnett@cooley.com<br>cscott@cooley.com<br><br>Elizabeth Wright (*pro hac vice*)<br>Jennifer Elkin (*pro hac vice*)<br>COOLEY LLP<br>550 Boylston street<br>Boston, MA  02116-3736<br>Telephone: (617) 937-2300<br>Facsimile: (617) 937-2400<br>ewright@cooley.com<br>jelkin@cooley.com<br><br>*Counsel for Plaintiff Federal Capital Habeas Project*<br><br>David Autry (*pro hac vice*)<br>1021 N.W. 16th Street<br>Oklahoma City, OK 73106<br>Telephone: (405) 521-9600<br>Facsimile: (405) 521-9669<br>dbautry77@gmail.com<br><br>*Counsel for Plaintiff Kenneth Eugene Barrett* |

Matthew Lawry (*pro hac vice*)
FEDERAL COMMUNITY DEFENDER
OFFICE, E.D. PENNSYLVANIA
601 Walnut St Ste 545 W
Philadelphia, PA 19106
Telephone: (215) 928-0520
Matthew_Lawry@fd.org

*Counsel for Plaintiff Dustin John Higgs*

Scott W. Braden (DC Bar No. 2007123)
FEDERAL PUBLIC DEFENDER,
E.D. ARKANSAS
1401 West Capitol Street
Little Rock, AR 72201
Tel: (501) 324-6114
scott_braden@fd.com

*Counsel for Plaintiff Norris Holder*

Alexis Hoag (*pro hac vice*)
ERIC HOLDER INITIATIVE FOR CIVIL &
POLITICAL RIGHTS
Columbia University
1130 Amsterdam Ave
202 Hamilton Hall
New York, NY 10027
Tel: (203) 645-4918
ajh2233@columbia.edu

*Counsel for Plaintiff Rejon Taylor*

Monica Foster
INDIANA FEDERAL COMMUNITY
DEFENDERS LLC
111 Monument Circle, Ste. 3200
Indianapolis, IN 46208
Tel: (317) 383-2520
Monica_foster@fd.org

*Counsel for Plaintiff Marvin Charles Gabrion II*

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 20, 2021, I filed the foregoing document via the Court's ECF system, which will electronically serve all counsel of record in this case.

/s Kathleen Hartnett

257058098