# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERAL CAPITAL HABEAS PROJECT, et al.<br><br>           Plaintiffs,<br><br>    v.<br><br>MERRICK GARLAND, in his official capacity as Attorney General of the United States, et al.<br><br>           Defendants. | Case No. 20-cv-03742-RC |

## [PROPOSED] ORDER

THIS MATTER is before the Court on the Parties' Joint Motion for Extension of Time to File Summary Judgment Motion.

UPON CONSIDERATION WHEREOF, and the entire record herein, and for good cause shown, it is hereby ORDERED:

The Parties' Joint Motion for Extension of Time to File Summary Judgment Motion is GRANTED.  IT IS FURTHER ORDERED that Plaintiffs shall file their Motion for Summary Judgment by October 4, 2021.


**SO ORDERED**, this _____ day of _____, 2021


_____
RUDOLPH CONTRERAS
United States District Court Judge