## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERAL CAPITAL HABEAS PROJECT, et al. <br><br>            Plaintiffs, <br><br>     v. <br><br> MERRICK GARLAND, in his official capacity as Attorney General of the United States, et al. <br><br>            Defendants. | Case No. 20-cv-03742-RC |

## PARTIES' JOINT MOTION AND [PROPOSED] ORDER TO STAY AND ADMINISTRATIVELY CLOSE CASE

**WHEREAS**, Plaintiffs filed a Complaint for Declaratory and Injunctive Relief and a Motion for Section 705 Relief and Preliminary Injunction on December 18, 2020 (Dkt. Nos. 1 & 3), alleging that the Department of Justice's Manner of Execution Rule (published on November 27, 2020) violates the Constitution, the Federal Death Penalty Act, and the Administrative Procedure Act;

**WHEREAS**, the Court granted limited injunctive relief on January 13, 2021 (Dkt. No. 20);

**WHEREAS**, on February 2, 2021 the Parties filed a Joint Proposed Scheduling Order including a summary judgment briefing schedule which was adopted by the Court the same day (Dkt. No. 29; Minute Order);

**WHEREAS**, Plaintiffs filed a First Amended Complaint for Declaratory and Injunctive Relief on February 16, 2021 (Dkt. No. 30), and Defendants filed an Answer to the First Amended Complaint on March 18, 2021 (Dkt. No. 31);

WHEREAS, on June 9, 2021, the Court entered a Minute Order granting Plaintiffs' Unopposed Motion to Amend the Briefing Schedule and ordered the initial summary judgment brief to be filed on September 20, 2021;

WHEREAS, on July 1, 2021, the Attorney General of the United States issued a memorandum ("Attorney General's Memorandum") directing the Department of Justice's ("Department") Office of Legal Policy, under the supervision of the Deputy Attorney General, to review the Department's policies and procedures for federal executions, including the Manner of Execution Rule challenged in this litigation, as well as the Federal Execution Protocol Addendum and relevant provisions of the *Justice Manual*; stating that "[n]o federal executions will be scheduled during the pendency of these reviews"; and directing the Bureau of Prisons "to suspend the use of the Addendum pending" further review;[1]

WHEREAS, Plaintiffs welcome the Attorney General's Memorandum and hope that the Department's review of its policies and procedures for executions is a step toward fundamental policy change in this area, including revocation of the Manner of Execution Rule that Plaintiffs challenge in this litigation;

WHEREAS, in light of the Department's ongoing review, including of the Rule challenged in this litigation, the Parties respectfully submit that it would be inefficient for the Parties and the Court to presently litigate the merits of this case, including through the summary judgment briefing scheduled for Fall 2021, and instead respectfully submit that the stay and administrative closure of this matter pending potential material developments affecting this

---

[1] *See* Attorney General, *Moratorium on Federal Executions Pending Review of Policies and Procedures* (July 1, 2021), https://go.usa.gov/x6MTP (attached as Exhibit A).

litigation, including the conclusion of the review of the Manner of Execution Rule, would promote judicial economy and efficiency; and

**WHEREAS**, in view of the foregoing, counsel for Plaintiffs and counsel for Defendants have conferred by telephone and by email to discuss the continuing litigation in this matter and other related issues;

**IT IS HEREBY STIPULATED AND AGREED TO**, by and between Plaintiffs and Defendants, subject to the approval of the Court, that:

(1)     All deadlines in the Court's scheduling order (Dkt. No. 29; Minute Order) are hereby vacated, and this action shall be stayed and marked administratively closed until either Party moves to lift the stay and reopen this case.

(2)     Either Party may move to lift the stay and reopen this case at any time.  It is the firm intent of all Parties, however, not to move to lift the stay and reopen the case until there are material developments affecting this litigation or until the conclusion of the Department's review of the Manner of Execution Rule.

(3)     During the stay and administrative closure of this litigation, the Parties will confer and submit Joint Status Reports to this Court beginning six (6) months after this Court's order administratively closing this case and every ninety (90) days thereafter.  The Joint Status Reports shall advise whether the Department's review of the matters set forth in the Attorney General's Memorandum remains ongoing and whether there is an anticipated date as to the completion of the review.

(4)     At the conclusion of the Department's review of the Manner of Execution Rule, Defendants will provide Plaintiffs with the following information:

a.    any final public report or conclusions of the review of the Manner of

Execution Rule; and

b.    notice and copies of any amendments to the Manner of Execution Rule.[2]

(7)    Within thirty (30) days following the conclusion of the Department's review of

the Manner of Execution Rule, Plaintiffs and Defendants shall submit a Joint Status Report to the

Court advising as to the status of this case, including whether the stay should be lifted and

proceedings reopened, and, if so, whether an amendment of the complaint is necessary, what

issues should be litigated, and whether discovery needs to be conducted.

(8)    If Plaintiffs move to lift the stay and to reopen this action, they will have 120 days

from the granting of such a motion to amend their pleadings.

(9)    To ensure orderly litigation, should the Department determine at any time that

scheduling executions will resume, Defendants will not schedule any of the current Plaintiffs to

be executed on a date falling within 210 days after Defendants provide the information described

in Paragraph 4 above.


DATED:  October 4, 2021

Respectfully submitted,


Channing D. Phillips (D.C. Bar No. 415793)     By:  */s/ Kathleen Hartnett*
Acting United States Attorney                          Kathleen Hartnett (DC Bar No. 483250)
                                                       Colin Scott (*pro hac vice*)
Brian P. Hudak                                         COOLEY LLP
Acting Chief, Civil Division                           3 Embarcadero Center, 20th Floor
                                                       San Francisco, CA  94111-4004
By: */s/ Johnny H. Walker*                             Telephone: (415) 693-2000
Johnny H. Walker (D.C. Bar No. 991325)                 Facsimile: (415) 693-2222

---

[2] The Department reserves its right to seek to disclose these materials (i.e., 4(a)-(b)) subject to a protective order or redact them, as it deems appropriate.  Plaintiffs reserve their right to challenge any withholding of materials.

Assistant United States Attorney
555 4th Street, N.W.
Washington, District of Columbia 20530
Telephone: (202) 252-2575
johnny.walker@usdoj.gov


*Counsel for Defendants*

khartnett@cooley.com
cscott@cooley.com

Elizabeth Wright (*pro hac vice*)
Jennifer Elkin (*pro hac vice*)
COOLEY LLP
550 Boylston street
Boston, MA  02116-3736
Telephone: (617) 937-2300
Facsimile: (617) 937-2400
ewright@cooley.com
jelkin@cooley.com

*Counsel for Plaintiff Federal Capital Habeas Project*

David Autry (*pro hac vice*)
1021 N.W. 16th Street
Oklahoma City, OK 73106
Telephone: (405) 521-9600
Facsimile: (405) 521-9669
dbautry77@gmail.com
*Counsel for Plaintiff Kenneth Eugene Barrett*

Matthew Lawry (*pro hac vice*)
FEDERAL COMMUNITY DEFENDER
OFFICE, E.D. PENNSYLVANIA
601 Walnut St Ste 545 W
Philadelphia, PA 19106
Telephone: (215) 928-0520
Matthew_Lawry@fd.org
*Counsel for Plaintiff Dustin John Higgs*

Scott W. Braden (DC Bar No. 2007123)
FEDERAL PUBLIC DEFENDER,
E.D. ARKANSAS
1401 West Capitol Street
Little Rock, AR 72201
Tel: (501) 324-6114
scott_braden@fd.com
*Counsel for Plaintiff Norris Holder*

Alexis Hoag (*pro hac vice*)
ERIC HOLDER INITIATIVE FOR CIVIL &
POLITICAL RIGHTS
Columbia University

1130 Amsterdam Ave
202 Hamilton Hall
New York, NY 10027
Tel: (203) 645-4918
ajh2233@columbia.edu

*Counsel for Plaintiff Rejon Taylor*
Monica Foster
INDIANA FEDERAL COMMUNITY
DEFENDERS LLC
111 Monument Circle, Ste. 3200
Indianapolis, IN 46208
Tel: (317) 383-2520
Monica_foster@fd.org

*Counsel for Plaintiff Marvin Charles
Gabrion II*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on October 4, 2021, I filed the foregoing document via the Court's ECF system, which will electronically serve all counsel of record in this case.

*<u>/s Kathleen Hartnett</u>*