IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERAL CAPITAL HABEAS PROJECT, et al.<br><br>        Plaintiffs,<br><br>    v.<br><br>MERRICK GARLAND, in his official capacity as Attorney General of the United States, et al.<br><br>        Defendants. | Case No. 20-cv-03742-RC |

### [PROPOSED] ORDER

THIS MATTER is before the Court on the Parties' Joint Motion to Stay and Administratively Close Case pending the Department of Justice's ("Department") review of its policies and procedures for executions.

UPON CONSIDERATION WHEREOF, and the entire record herein, and for good cause shown, it is hereby ORDERED:

The Parties' Joint Motion to Stay and Administratively Close Case is GRANTED.  IT IS FURTHER ORDERED that:

1. The case and any applicable deadlines are hereby stayed.

2. The Parties will submit Joint Status Reports to the Court beginning six (6) months after this Court enters the Order staying and administratively closing this case, and every ninety (90) days thereafter, pending material developments affecting this litigation and during the pendency of the Department's review of its policies and procedures for executions.  The Joint Status Reports shall provide the status of the Department's review of the matters set forth in the

-2-

Attorney General's Memorandum, including whether there is an anticipated date as to the completion of the review.

3. Within thirty (30) days following the conclusion of the Department's review of its policies and procedures for executions, or its review of the Manner of Execution Rule if that review concludes sooner than completion of the full review, Plaintiffs and Defendants shall submit a Joint Status Report to the Court advising as to the status of this case, including whether the stay should be lifted and proceedings reopened, and, if so, whether an amendment of the complaint is necessary, what issues should be litigated, and whether discovery needs to be conducted.

4. If Plaintiffs move to lift the stay and to reopen this action, they will have 120 days from the granting of such a motion to amend their pleadings.

**SO ORDERED**, this _____ day of _____, 2021.

RUDOLPH CONTRERAS
United States District Court Judge