# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERAL CAPTIAL HABEAS PROJECT, *et al.*, <br><br>    *Plaintiffs*, <br><br>v. <br><br>MERRICK GARLAND, Attorney General of the United States, *et al.*, | Civil Action No. 20-3742 (RC) |

## NOTICE OF CHANGE OF ADDRESS

Notice is hereby given of the following changed address, telephone number, and email address for undersigned counsel for Defendants:

> Johnny Hillary Walker, III
> U.S. Department of Justice
> Civil Division, Federal Programs Branch
> 1100 L Street NW, Rm. 12304
> Washington, D.C. 20005
> Tel.: (202) 514-3183
> Email: johnny.h.walker@usdoj.gov

Dated: December 2, 2021

Respectfully submitted,

BRIAN M. BOYTON
Acting Assistant Attorney General

JEAN LIN
Special Litigation Counsel

 /s/ Johnny Walker
JOHNNY H. WALKER (D.C. Bar #991325)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW, Rm. 12304
Washington, D.C. 20005
Tel.: (202) 514-3183
Email: johnny.h.walker@usdoj.gov

*Attorneys for Defendants*