UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERAL CAPITAL HABEAS PROJECT, *et al.*,<br><br>   *Plaintiffs,*<br><br>  v.<br><br>MERRICK GARLAND,<br> Attorney General of the United States, *et al.*,<br><br>   *Defendants.* | Civil Action No. 20-3742 (RC) |

**JOINT STATUS REPORT
AND MOTION TO MODIFY THE COURT'S OCTOBER 5, 2021, ORDER**

  The parties respectfully submit this joint status report pursuant to the Court's order dated October 5, 2021. The parties also request that the Court modify that order in one limited respect, as set forth below.

  1. Plaintiffs in this case claim that the Department of Justice's Manner of Execution Rule published on November 27, 2020, violates the Constitution, the Federal Death Penalty Act, and the Administrative Procedure Act.

  2. On July 1, 2021, the Attorney General of the United States issued a memorandum directing the Department of Justice's Office of Legal Policy, under the supervision of the Deputy Attorney General, to review the Department's policies and procedures for federal executions, including the 2019 Execution Protocol Addendum, the Manner of Execution Rule, and relevant provisions of the *Justice Manual*. The memorandum states that "[n]o federal executions will be scheduled during the pendency of these reviews" and directs the Federal Bureau of Prisons "to suspend the use of the Addendum pending" further review.

  3. In light of these developments, the parties filed a joint motion to stay this action while the Department of Justice reviews its policies and procedures for executions. ECF No. 37.

The Court ordered the parties to submit joint status reports beginning on April 5, 2022, and every ninety days thereafter during the pendency of the Department of Justice's review of the Federal Execution Protocol Addendum. Order (Oct. 5, 2021). The Court ordered that these reports "shall provide the status of the Department of Justice's review of the matters set forth in the Attorney General's Memorandum, including whether there is an anticipated date as to the completion of the review." *Id.*

4. In accordance with the Court's October 5, 2021, order, the parties report that the Department of Justice's review is still ongoing and there is currently no anticipated date for completion of the review.

5. The parties request that the Court modify its October 5, 2021, order in one respect. The order currently requires status reports every 90 days after the instant status report. That would make the next status report due July 5, 2022. (The 90th day falls on July 4, a federal holiday.) The Government is subject to a similar stay and status-reporting requirement in a case challenging the constitutionality of the 2019 Execution Protocol Addendum: *In re Federal Bureau of Prisons' Execution Protocol Cases*, 19-mc-0145 (D.D.C.) (Chutkan, J.). In that case, the Government's next status report is due on June 6, 2022. The parties request that the Court advance the date of their next status report in this case to June 6, 2022, and order additional status reports every 90 days after that. This would align the reporting schedules in this case and the *Protocol Cases*. A proposed order is submitted with this motion.

\*   \*   \*

| | |
|---|---|
| Respectfully submitted, | Dated: April 5, 2022 |
| <u>*By: /s/ Kathleen Hartnett*</u><br>Kathleen Hartnett (DC Bar No. 483250)<br>COOLEY LLP<br>3 Embarcadero Center, 20th Floor<br>San Francisco, CA 94111-4004<br>Telephone: (415) 693-2000<br>Facsimile: (415) 693-2222<br>khartnett@cooley.com<br>cscott@cooley.com<br><br>Elizabeth Wright (*pro hac vice*)<br>COOLEY LLP<br>550 Boylston street<br>Boston, MA 02116-3736<br>Telephone: (617) 937-2300<br>Facsimile: (617) 937-2400<br>ewright@cooley.com<br>jelkin@cooley.com<br><br>*Counsel for Plaintiffs* | BRIAN M. BOYTON<br>Principal Deputy Assistant Attorney General<br><br>JEAN LIN<br>Special Litigation Counsel<br><br> /s/ Johnny Walker<br>JOHNNY H. WALKER (D.C. Bar #991325)<br>Trial Attorney<br>United States Department of Justice<br>Civil Division, Federal Programs Branch<br>1100 L Street NW, Rm. 12304<br>Washington, D.C. 20530<br>Tel.: (202) 514-3183 / Fax: (202) 616-8460<br>Email: johnny.walker@usdoj.gov<br><br>*Counsel for Defendants* |