UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERAL CAPITAL HABEAS PROJECT, *et al.*, <br><br> *Plaintiffs,* <br><br> v. <br><br> MERRICK GARLAND, <br> Attorney General of the United States, *et al.*, <br><br> *Defendants.* | Civil Action No. 20-3742 (RC) |

# **PROPOSED ORDER**

Upon consideration of the parties' joint motion to modify the order dated October 5, 2022, it is hereby ORDERED that the motion is GRANTED.

It is further ORDERED that the parties will continue to submit the Joint Status Reports described in the Court's October 5, 2022, order, with the next status report due on June 6, 2022, and additional status reports due every ninety (90) days thereafter. Other than this modification to the schedule for Joint States Reports, all aspects of the October 5, 2022, order remain in effect.

It is SO ORDERED.


Dated: _____                    _____
                                          RUDOLPH CONTRERAS
                                          United States District Judge