# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERAL CAPITAL HABEAS PROJECT, *et al.*,<br><br>　　　　　*Plaintiffs,*<br><br>　　v.<br><br>MERRICK GARLAND, in his official capacity as Attorney General of the United States, *et al.*,<br><br>　　　　　*Defendants.* | Civil Action No. 20-3742 (RC) |

## NOTICE OF SUBSTITUTION OF COUNSEL

The Clerk of Court will please substitute Mr. Johnny Walker with the undersigned, Bradley Humphreys, Senior Trial Counsel in the Federal Programs Branch of the Civil Division of the United States Department of Justice, as counsel for Defendants in the above-captioned matter.

Dated: June 30, 2023

Respectfully submitted,

BRIAN M. BOYTON
Principal Deputy Assistant Attorney General

JEAN LIN
Special Litigation Counsel

 */s/ Bradley P. Humphreys*
BRADLEY P. HUMPHREYS
(D.C. Bar No. 988057)
Senior Trial Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW, Rm. 12304
Washington, D.C. 20530
Tel.: (202) 305-0878
Email: bradley.humphreys@usdoj.gov
*Counsel for Defendants*