UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FEDERAL CAPITAL HABEAS PROJECT, *et al.*,

    *Plaintiffs*,

v.

MERRICK GARLAND,
Attorney General of the United States, *et al.*,

    *Defendants*.

Civil Action No. 20-3742 (RC)

## JOINT STATUS REPORT

The parties respectfully submit this joint status report pursuant to the Court's order dated October 5, 2021, as modified by the minute order dated April 5, 2022.

1.    Plaintiffs in this case claim that the Department of Justice's Manner of Execution Rule issued on November 27, 2020, violates the Constitution, the Federal Death Penalty Act, and the Administrative Procedure Act.

2.    On July 1, 2021, the Attorney General of the United States issued a memorandum directing the Department of Justice's Office of Legal Policy, under the supervision of the Deputy Attorney General, to review the Department's policies and procedures for federal executions, including the 2019 Execution Protocol Addendum, the Manner of Execution Rule, and relevant provisions of the *Justice Manual*. The memorandum states that "[n]o federal executions will be scheduled during the pendency of these reviews" and directs the Federal Bureau of Prisons "to suspend the use of the Addendum pending" further review.

3.    In light of these developments, the parties filed a joint motion to stay this action while the Department of Justice reviews its policies and procedures for executions. ECF No. 37. The Court ordered the parties to submit joint status reports beginning on April 5, 2022, and every ninety days thereafter during the pendency of the Department of Justice's review. Order (Oct. 5,

2021). The Court ordered that these reports "shall provide the status of the Department of Justice's review of the matters set forth in the Attorney General's Memorandum, including whether there is an anticipated date as to the completion of the review." *Id.* On April 5, 2022, on the parties' joint motion, the Court modified its prior order to require that the next status report be due on June 6, 2022, with subsequent reports every 90 days thereafter. The parties requested this modification to align the reporting schedule in this case with a similar reporting requirement in *In re Federal Bureau of Prisons' Execution Protocol Cases*, 19-mc-0145 (D.D.C.) (Chutkan, J.).

4. In accordance with the Court's October 5, 2021 and April 5, 2022 orders, the parties report that the Department of Justice's review of the policies and procedures for federal executions, including the Manner of Execution Rule, is nearing completion and is expected to be completed before the next status report, scheduled for March 3, 2025.

5. Following the completion of the Department of Justice's review, the parties will confer about next steps and file a joint status report.

| Respectfully submitted, | Dated: December 2, 2024 |
|---|---|
| *By: /s/Kathleen Hartnett*<br>Kathleen Hartnett (DC Bar No. 483250)<br>COOLEY LLP<br>3 Embarcadero Center, 20th Floor<br>San Francisco, CA 94111-4004<br>Telephone: (415) 693-2000<br>Facsimile: (415) 693-2222<br>khartnett@cooley.com | BRIAN M. BOYNTON<br>Principal Deputy Assistant Attorney General<br><br>JEAN LIN<br>Special Litigation Counsel |
| Elizabeth Wright (*pro hac vice*)<br>COOLEY LLP<br>500 Boylston Street<br>Boston, MA 02116-3736<br>Telephone: (617) 937-2300<br>Facsimile: (617) 937-2400<br>ewright@cooley.com | */s/Cristen C. Handley*<br>CRISTEN C. HANDLEY (MO Bar # 69114)<br>United States Department of Justice<br>Civil Division, Federal Programs Branch<br>1100 L Street NW<br>Washington, D.C. 20530<br>Tel.: (202) 305-2677; Fax: (202) 616-8460<br>Email: cristen.handley@usdoj.gov<br><br>*Counsel for Defendants* |
| *Counsel for Plaintiffs* | |