## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

FEDERAL CAPITAL HABEAS PROJECT,
*et al.*,

*Plaintiffs,*

v.

MERRICK GARLAND,
Attorney General of the United States, *et al.*,

*Defendants.*

Civil Action No. 20-3742 (RC)

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties respectfully submit this joint stipulation to voluntarily dismiss the above-captioned action without prejudice.

The parties shall bear their own attorneys' fees, costs, and expenses in connection with this action.


Respectfully submitted,

*By: /s/ Kathleen Hartnett*
Kathleen Hartnett (DC Bar No. 483250)
COOLEY LLP
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111-4004
Telephone: (415) 693-2000
Facsimile: (415) 693-2222
khartnett@cooley.com


Elizabeth Wright (*pro hac vice*)
COOLEY LLP
500 Boylston Street
Boston, MA 02116-3736
Telephone: (617) 937-2300
Facsimile: (617) 937-2400
ewright@cooley.com

*Counsel for Plaintiff Federal Capital Habeas
Project*

Dated: January 17, 2025

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

JEAN LIN
Special Litigation Counsel

 */s/ Bradley Humphreys*
BRADLEY P. HUMPHREYS (D.C. Bar No.
988057)
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, D.C. 20530
Tel.: (202) 304-0878 / Fax: (202) 616-8460
Email: Bradley.humphreys@usdoj.gov

*Counsel for Defendants*

  /s/ David Autry
David Autry (pro hac vice)
1021 N.W. 16th Street
Oklahoma City, OK 73106
Telephone: (405) 521-9600
Facsimile: (405) 521-9669
dbautry77@gmail.com

*Counsel for Plaintiff Kenneth Eugene Barrett*

  /s/ Alexis J. Hoag-Fordjour
Alexis J. Hoag-Fordjour (*pro hac vice*)
Brooklyn Law School
250 Joralemon Street
Brooklyn, NY 11201
Tel: (718) 625-2200
alexis.hoag@brooklaw.edu

*Counsel for Plaintiff Rejon Taylor*

  /s/  Scott Braden
Scott W. Braden (DC Bar No. 2007123)
FEDERAL PUBLIC DEFENDER,
E.D. ARKANSAS
1401 West Capitol Street
Little Rock, AR 72201
Tel: (501) 324-6114
scott_braden@fd.com

*Counsel for Plaintiff Norris Holder*

  /s/ Monica Foster
Monica Foster
INDIANA FEDERAL COMMUNITY
DEFENDERS, LLC
111 Monument Circle, Ste. 3200
Indianapolis, IN 46208
Tel: (317) 383-2520
monica_foster@fd.org

*Counsel for Plaintiff Marvin Charles Gabrion II*